IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
STATE OF ILLINOIS   BENTON  DIVISION

| | |
|---|---|
| JUSTIN DALCOLLO Y51682 et.al | CASE No.: 24-cv-358-SMY |
| -v- | |
| | TRIAL DEMAND (YES) |
| | CLASS ACTION REQUESTED. CLASS CERTIFICATION PURSUANT FED.R.CIV.PROCEDURE RULE 23(a) |

42 U.S.C § 1983 CIVIL RIGHTS COMPLAINT

## JURISDICTION

THIS HONOURABLE COURT HAS JURISDICTION PURSUANT TO:
28 U.S.C §1331, §1332 (a)·(1); § 1322(4)+(c); 28 U.S.C. § 1343 (a)-(1-4) Sub § (B).

## [ PARTIES ]

DEE DEE BROUCHART; WARDEN BROWN; ALISHA CARTWRIGHT; BRANDON SMITH; LT. RIEDY; MICHAEL DEIMEL; STEPHEN GERMAN; GREENTREE; LT. VAUGHN; (JOHN DOE 1-7) AND (JANE DOE 1-11), C/O WASHB, A WALL; All of WHICH SUED IN THERE INDIVIDUAL & OFFICIAL CAPACITIES. AND DOCTOR TRAN; PHSYC DOC; MEDICAL DOCTOR.

## [ COMPLAINT ]

ON [3-13-23] Until [4-10-23] DEE DEE BROUCHART MADE A CLEAR, CONCISE THREAT OF IMMINENT HARM "YOU HAVE TO BE PUNISHED FIRST". THUS The Following ACTIONS Transpired Which Caused Mr. JUSTIN DALCOLLO [ EPIC CONSTITUTIONAL DEPRIVATION ] inasmuch, AS:

Following a Transfer Into Lawrence Corrections Center, Mr. Dalcollo Has ENDURED; Mail Tampering; Denial of Access To The Courts; Denial of Access to the Law Library; Deprivation of Mattress; Fire Safety Hazards; Harassment By Staff; False Disciplinary Charge's; Violation of Due Process; Violation of Double Jeopardy; Brady Material Violation; 34 USC§16272 Concealment AND FALSIFICATION OF MATERIAL FACT; Legal Property Documents; Forced Masterbation;

PG 1 of 11

**Nature of grievance:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify): _____
- [ ] Disciplinary Report _____

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

- **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
- **Chief Administrative Officer,** only if EMERGENCY grievance
- Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____
_____

[ ] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

_____  _____  _____
Individual in Custody's Signature  ID#  Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

Print Counselor's Name _____  Sign Counselor _____

From [3-13-24] Until Current [I] Have Been And Seg-Unit B Denied Adequate Mattresses. Since [1-30-23] I've been Sleeping on Metal And Concrete After Sgt. Perry Took My Mattress Through The [Food Slot]. Since Then I was offered 3 Soiled Mattresses. 1 Mattress with Blood Stain's And Paper Thin; Another Paper Thin; And Another Mattress in Unfair Soiled Condition. Ever Since in I.D.O.C. I Have Never Recieved A Mattress in Good-Condition. Only Soiled Condition or Crisis-Matts Which Was Then Took.

Dee Dee Brookhart; GreenTree; Lt Vaughn; Sgt Perry; Sgt. Richardson; Breeden; Lt. ____; John Doe Property & Clothing Officers 1 And 2; -- Grievance Officer John Doe 3 ; Counselor John Doe 4; C.O. Wall; White; Have Deliberately With Knowing Intentions Deprived Me Justin-Dalcollo And A Class of Individual's of Adequate Mattresses Stating "Only Transfer's Get New Mattresses" Which Is Discrimination Against A Class of Individual's. Ultimately They As In All Listed Above Ignored The Need's of All Prisoners And Have Acted Maliciously Towards Me In Prevention of ProperBed. This Is Deliberate Indifference -- And Constitutes Cruel & Unusual Punishment Pursuant to 8th Amend-se The U.S. Constitution to Include Deliberate Indifference Under The 8th Amendment Standards. As I Have Been Sleeping on Metal And Concrete.

(NOTE) They Attempt To Set A Mattress By My Door (1-20) - That Appears to Be In Good Condition How-ever its Not And It's [Soiled]. Due To Covid 19 And Me Having Asthma A Serious Medical Need I Will Not Take A Soiled Mattress Due To Fear Of Catching A Air Born Infectious Disese or Staff; Mersa Infections. ( No one Has Cleaned These Mattresses) Nor Have They Provided Any Sanitation Chemical's To Clean Our Cell's. This is Constitutional Deprivations in [Epic-Dimensions].

2). False Disciplinary Charges; Due Process Violations; Double Jeopardy; 34 U.S.C § 10272 Falsification And Concealment of Material's To Include Brady Material Violation:

On [12-15-23] Mr. Dalcollo Was Found Unconscience In His Cell And Rushed To Lawrence Hospital. When leaving While Cuffed To The Bed The Nurse Stated I Assualted Them. While Laying- In My Hospital Bed One Nurse Tried To Grab My Penis, She Put Her Entire Face And Hand Over My Genital Area. I Was Very Scared. Shortly After Another Nurse Walked In Then Stated I Assualted Them. Upon Discharge, I Was Directly Sent To [Seg]. Now, What

☐ Personal Property      ☐ Mail Handling      ☐ Medical Treatment      ☐ ADA Disability Accommodation
☐ Staff Conduct          ☐ Dietary            ☐ HIPAA                  ☐ Restoration of Sentence Credit
☐ Other (specify): _____
☐ Disciplinary Report  _____        _____
                         Date of report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

    **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer**, only if EMERGENCY grievance
    Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____

☐ Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is **NOT** an emergency grievance.

_____     _____     _____
Individual in Custody's Signature     ID#     Date
(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____     _____     _____
Print Counselor's Name     Sign Counselor's Name     Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

I NOTICED, ETC; HOW IT WAS SET-UP. UPON MY ARRIVAL TO SEG I RECIEVED [NO DISAPLINARY-HEARING]. ON 12/18/23 I RECIEVED A TICKET. I ACTUAL RECIEVED 2 TICKETS SAME ALLIGATIONS (DOUBLE JEOPARDY). ULTIMATELY THE ALLIGATIONS FALSE. ON [12-22-23] UPON RECEPT OF A SUMMARY REPORT I WAS SANCTIONED WITH MULTIPLE PUNISHMENTS. ON 12/22/23 LT. DEIMEL AND STEPHEN GOMAK Called ME INTO A ROOM WITH A VIDEO RECORDING.

UPON SAID CONVERSATION NEITHER ONE IDENTIFIED THERESELF OR WHAT WAS TRANSPIRING. AS QUESTIONING BEGAN- I ASKED FOR DOCUMENTARY EVIDENCE OR EVIDENCE ABOUT WHAT THEY WERE SAYING. THEN LT. DEIMEL STATED:

["WE HAVE TO INVESTIGATE"]. THE QUESTIONING STOPED, AND I WAS SENT BACK TO MY CELL. NO "HEARING TRANSPIRED" AUDIO & VIDEO WILL PROVE THIS UNDENIABLE FACT. THE REPORTS ALSO PROVIDE NO ADEQUATE INFORMATION.

UPON THIS TEMPORARY CONFINEMENT, IT WAS STATED I ASSAULTED LAWRENCE C.C [STAFF]. AGAIN ANOTHER LIE. Also OUTSIDE Their Scope of AUTHORITY AND JURISDICTION. THEN LAWRENCE Police DePartment CAME AND SAW ME. NO CHARGES INSTITUTED AS NO EVIDENCE NOR- RePort BY ANY [ONE]. AGAIN Proof Mrs. DEE DEE BROCKHART Conspired To Promote False CHARGES AS AGAIN STATED "YOU HAVE TO BE PUNISHED FIRST".

THUS, LT. DEIMEL; STEPHEN GOMAK; DEE DEE BROCKHART; Alisha CARTWRIGHT; BRANNON SMITH Conspired To Promote False CHARGES AND DISCIPLINARY SANCTIONS IN VIOLATION OF DUE Process With INTENT.

[NOTE] TWO OFFICERS WERE PRESENT IN THE MEDICAL ROOM BUT NO-ONE SEEN ANYTHING BECAUSE NOTHING HAPPENED THEY KNEW LAWRENCE HOSPITAL STAFF WAS BEING DISHONEST. LAWRENCE MEDICAL STAFF JANE DOE 1 AND JANE DOE 2 ARE RESPONSIBLE FOR FALSE ACCUSATIONS THAT PROMOTED FALSE CHARGES INWHICH INSTITUTED WRONGFUL DISCIPLINARY SANCTIONS.

Most IMPORTANTLY, DUE Process IS Violated to INClude DOUBLE Jeopardy. Deliberate INDIFFERENCE ATTACHES As INDIVIDUAL'S ActIONS WERE MALICIOUS; Sadistic; KNOWINGLY; INTENTIONALLY And Willfully. MALICIOUS Prosecution.

[NOTE] Pursuant to [Blockburger V. UNITED STATES] it Held "Where THE 2 offenses CANNOT SURVIVE THE SAME ELEMENTS Test, THE Double Jeopardy BAR Applies".

IN MR. Daleiden AND Prisoners Alike CASES Double Jeopardy ATTACHES AND THUS ANOTHER CONSTITUTIONAL RIGHT Violated. THIS is UNDESPUTABLE, A FACT. TRUTH!

☐ Personal Property     ☐ Mail Handling     ☐ Medical Treatment     ☐ ADA Disability Accommodation
☐ Staff Conduct         ☐ Dietary           ☐ HIPAA                 ☐ Restoration of Sentence Credit
☐ Other (specify): _____
☐ Disciplinary Report  _____   _____
                        Date of report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____
_____

☐ Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

_____    _____    _____
Individual in Custody's Signature    ID#    Date
(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

_____    _____    _____
Print Counselor's Name        Sign Counselor's Name        Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer

Because, Dee Dee Brookhart; Lt. Deuel; Stephen Germain; Alisha Cutright; Brandon Smith; Lawrence Hospital Medical Staff Jane Doe 1; Jane Doe 2; Warden Brown are all aware of these facts. There is no evidence, because it never happened. Also Deliberate Indifference and Excessive Confinement -- As Punitive Arm of Unlawful Punishment. This is Usurpation of Authority. All of which Constitute Violation of 13 Amendment Clause Abolishment of Slavery.

Under 13 Amendment Abolishment of Slavery it Clearly States "That Slavery is Abolished. And they Unless 'Duly Convicted'. The Fact Due-Process is Alone violated there is No [Duly-Convicted] Which means -- Disciplinary-Seg Is violation of 13th Amendment's Clause. Another Constitutional Violation That applies To All Listed Defendants. There Actions Are -- Malicious; Vindictive And Sadistic.

NOTE: Constitutional Rights Don't Come And Go With Imprisonment. Essentially if You Want to Look To The Bare Facts; Species And Principals of What Constitutes Imprisonment. Honestly, Everyone -- is Actually Considered [Pre-Prisoner's]. How So, A Conviction is Never Final When Processes Still Exist. So to Apply The Term Duly-Convicted - Would be Contrary To What Constitutional Principals Truly - Mean. So What this Means Constitutional Rights Are Not Diminished. The Liberty Interest of All Still Exist. ("America Will Not Be -- Defeated From The Outside, If We Falter And lose Are Freedoms, It Will be because We Defeated Ourselves") [Abraham Lincoln].

3). Fire Safety: On 1-30-24 After 3rd Shift C.O. Was Warned -- About a fire Commencing. As a Inmate Was Calling For Crisis. The Officer [Ignored] Said @ Inmate. Said Inmate Lit His Cell - Mattress On Fire. Causing Fire And Smoke To Engulf The Entire B-Side Building.

[As People Were Screaming For Help, Requesting There Inhalers We Waited Approximately 10-20 Mins Before We Were Evacuated]. Only In Seg do We Have To Be Cuffed Up During A -- Fire Evacuation. Also Deliberate Indifference To A Serious Medical Need of Those With [Asthma]. Some Individuals Were Not Even - Evacuated.

[Note] Smoke Inhallation + Carbon Monoxide Are A Clear And Present Threat To Life. Carbon Monoxide is A Silent Killer And should Not be Ignored. E.g.

PG 4 of 11

- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify): _____
- [ ] Disciplinary Report

_____ _____
Date of report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____
_____

- [ ] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____
_____

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

_____ _____ _____
Individual in Custody's Signature   ID#   Date
(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____ _____ _____
Print Counselor's Name   Sign Counselor's Name   Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

Say, Your in your house garage, and you leave your garage door closed. Carbon Monoxide builds from smoke, ultimately to a toxic poisness level. Your waiting for your wife to get in the car and she comes back to find you [Dead]. The Fire Marshall, doe's his examination And Coroner doe's A Autopsy And Determines the cause of death Carbon Monoxide Poisoning. Ultimately this Applies only, As A Huge Risk To Safety.

Dee Dee Brookhart; Warden Brown Are Directly Responsible Because they Are Aware of the Fire Hazzard Conditions. The Evacuation Procedures Are also Unconstitutional. This facility in Seg House Has No Smoke Detectors; Alarms; Sprinklers; Fire Barriers And the Ventilation System Is Injustice. Smoke Was Coming though All Vents Because there All Connected. Although, C.O. John Doe 1 Was Deliberately Indifferent to A Serious Mental Need, His Actions Although "Negligent" Were Not What Caused the Safety of Incarcerated Individuals To be Subjected To life Threating Conditions. It Was Dee Dee Brookhart & Warden Brown As Fire Safety Audits Should be Done Semi Annually. Unconstitutional Conditions! Un-Safe!!

[Note] Had A Sprinkler System been Implemented The Fire Would of easily been Put out, And those With [Asthma] Wouldn't Need A Breathing Treatment ... In Which I Was Denied Shortly After. Also Keep In Mind Officers Normally Sit outside In A Bubble Playing Cards. So This Means, Without Alarms - How Could they know There Even A C.O. Was Present During that Fire. A C.O. Should Always Be In Assigned Wing Dorms Not outside.

This Ultimately, The Procedures Are Deceptive And the Fire Marshall Should Not be Signing Audit Approvals As Safe Because There Not And There Being Dishonest. This is Deliberate Indifference To Safety And Security And In Violation of 34 USC 10272 Falsification And Concealment of Material Fact to Wit Concealment of Fire Safety Hazzards Is Falsification of Material Audit to Wit is A Deceptive Tactic Which Also May Constitutive Embezzlement of State Funds That Are to be Used For Safety Measures. Remember Safe; Health Is A Huge Factor In the Preserverance of Life. How Can the State Force Feed People To Stay Alive But Not Follow Material Fire Safety Procedures?. (It Makes No Sense).

PG 5 OF 11

- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (Specify): _____
- [ ] Disciplinary Report

_____  _____
Date of report              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and **place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____
_____

[ ] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____
_____

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

_____  _____  _____
Individual in Custody's Signature    ID#         Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

_____  _____  _____
Print Counselor's Name            Sign Counselor's Name              Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

4). LEGAL PROPERTY; ACCESS TO THE COURTS; LAW LIBRARY AND MAIL IMPEDIMENT;

Since confinement in Seg. My legal property has been withheld. I sent request to property; clothing and wrote grievances and requested from staff. All of which ignored. This is a conspiracy to deprive me of appealing my criminal case and writing writs to Supreme Court properly (As I already did) But cannot follow rules due to the impediment and frustration on obtaining legal materials from my property. Deliberate indifference in obstruction of justice pursuant to 720 ILCS 5/31.4 and obstruction of process 720 ILCS 5/31-3. Which also applies to federal statutes and Due Process Clause of 14 Amendment of the United States Constitution. This applies to mail as a multitude of times. Lt. Riedy on or about - and between 3-13-23 until current is believed to be directly involved with opening my legal mail as he did just that. (video discovery will provide truth) Also while in Seg this also happened with (John Doe 3); John Doe 1 Property Officer; John Doe 2 Grievance Officer; Dee Dee Brookhart; John Doe 4 Clothing Officer.

Warden Brown is believed to be responsible for - passing my mail to stop access to the Courts. This includes access to the Law Library has to been obstructed since housed at Lawrence by Officer Wall; In Seg - Greentree has refused to let me out to the Law Library even after notice I was on the list. Ultimately this is also under state law 720 ILCS 5/8-2.1(a) (state tort) attaches.

5). Forced-Masterbation: Since incarceration Dee Dee Brookhart has forced her staff to force me to masterbate on demand then never wrote tickets. Multiple times in one day. After a while it hurt. And I was tired of being forced. From 3-13-23 till current this happened [Jane Doe 1-11] are responsible. This is prostitution; and pimping to include human trafficking. Dee Dee Brookhart forces staff to do this. Even 1 employee stated "He's got a real one"! And they would stand there just watching. This never happened in Seg, but a few times.

PG 6 OF 11

☐ Other (specify): _____    ☐ HIPAA    ☐ Restoration of Sentence Credit
☐ Disciplinary Report

_____     _____
Date of report                                        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.
**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____

☐ Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is **NOT** an emergency grievance.

_____     _____     _____
Individual in Custody's Signature        ID#            Date
(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

_____     _____     _____
Print Counselor's Name                    Sign Counselor's Name                    Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

6). From 3-13-23 Until Current, I've had Dental Need's "Serious" Medical Dental Need's. On-Going Dental Doctor Tran; Medical Staff; Dee Dee Brookhart All aware. On _/_/_ a Call Pass was given to me by Dental. The Following things Happend:

Greentree Stated "I Don't Do Dental Passes"; John Doe 6 "We were Busy And Medical Cancelled the Pass."

I've Turned Down 1 Pass as- Every Time I Got Cuffed Up. The Dental Pass Cancelled. I Wrote Grievances, This is Deliberate Indifference As I've been in Pain- on and off for Approximately 11 units Now. To include 1 year at Menard. Dental-Tran- Also Tried to extort me into Paying for Partial's Stating it's - Going To Cost me $149.00 For Partial's; Fillings; And so on. They Ignored a Serious Medical Need.

7). DIVERTICULITIS COLON _____. CONSTITUTES A SERIOUS MEDICAL NEED. MR. DALCOLLO HAS MADE EVERYONE AWARE AND THE DOCTOR HAS DONE NOTHEN. (DOCTOR, JOHN DOE 5). THIS IS A _____ WHICH YOU CANNOT EAT CERTAIN FOODS SUCH AS RICE. THEY KEEP FORCE FEEDING ME RICE, I'VE ALREADY BEEN SENT TO THE HOSPITAL FOR THIS. IT'S TRULY VERY PAINFUL, YET THEY IGNORE A NEED FOR A PROPER ADEQUATE DIET. DELIBERATE INDIFFERENCE.

8). FROM 3-13-23 Until Current, I HAD A MULTIPLE AMOUNTS OF CHEST PAIN. AFTER REALIZING SOMEONE DEE DEE BROUHART, WAS FORCING CONTROLLED MED'S UPON ME WITHOUT MY KNOWLEDGE. I NOTICED THIS ON __/__/__ AND IMMEDIATELY TOLD C.O. (TAYLOR) AS SHE WROTE A TICKET- However THANKS TO HER, I HAVE THE PROOF DEE DEE BROUHART WAS TRYING TO KILL ME. FACTS. (FORCED PSYCOTROPIC MEDS IS A CRIME). ALSO, I HAVE HEART CONDITION'S AND SHE KNEW THIS. Deliberate Indifference To Serious MEDICAL CONDITION (HEART MURMUR AND KNOWN Blood Clots).

PG 8 OF 11

9). ASTHMA; SERIOUS MEDICAL NEED: I'VE REQUESTED BREATHING TREATMENTS DENIED; AND ONLY IN SEG DO THEY HOLD ARE EMERGENCY INHALERS IN A OUTSIDE BOX, OUT OF OUR REACH. THESE ARE (CARRY ON PERSON MEDS) AND BECAUSE WE ARE IN SEG, WE ARE DENIED THIS TO KEEP ON OUR PERSON "ONLY IN SEG. Deliberate Indifference TO SERIOUS MEDICAL NEED'S. Also, TO A CLASS OF INDIVIDUALS. DEE DEE Brookhart Behind This UNCONSTITUTIONAL Policy In Violation of I.D.O.C. Policy.

10). RETALIATION: SINCE WRITING GRIEVANCE, DEE DEE BROOKHART HAS USED CERTAIN CO's TO RETALIATE AGAINST ME. THE PROMOTION OF TICKETS AND DISCIPLINARY SANCTIONS ON FALSE CHARGES. ALSO HAVE USED INFORMANTS TO INTIMIDATE ME FROM Filing Civil Suits. THIS TRANSPIRED FROM (3-17-23) Until Current. THIS FINALLY STOPPED SINCE IN SEG. IT IS Believed SHE Planted A INFORMANT TO START A FIRE TO TRY N KILL A MULTITUDE OF US BACK HERE IN SEG. DELIBERATE INDIFFERENCE TO SAFETY OF LIFE'S. ALSO SHE UP MY SECURITY TO PREVENT ME FROM GETTING TO A GOOD PRISON. RETALIATION.

PG 9 OF 11

[RELIEF]

Punitive; Monetary; Nominal; Compensatory; Injunctive; Damages; Change of Policy And Removal of [Dee Dee Brookhart]. Preliminary Injunctions And Close Lawrence or Order UP Grades. Whatever This Court Deems Fair And Just. As to Damages; Monetary And Compensatory And ~~[scratched out]~~ What This Court Deems Just And Fair; Injunctive An Transfer And Seg Release And Future Prevention of Crimes. And Restraing Order.

Wherefore Respectfully Submitted

Justin Dalcollo
75682

Justin Dalcollo
10940 Lawrence Rd
Sumner IL, 62466
2-1-24
9:30 PM

PG 10 OF 11

Clerk of the Courts please send a Informa Pauperis application as I do not have one to properly fill out. And a consent to withdraw funds from my account.

Also note: Mr. Dalcollo and a class of Individuals are in Imminent Harm due to Fire Hazzard and Dee Dee Brookhart's Malicious Intentions. This true please help.

Justin Dalcollo- et, al
+51682


Justin Dalcollo
10740 Lawrence Rd
Sumner IL. 62466
Lawrence C.C.
2-1-24

PG 11 of 11

FROM: JUSTIN DRIGGOO 93762
10940 LAWRENCE RD
SUMNER IL, 62466
LAWRENCE C.C.

PRIVILEGED

TO: CLERK OF COURTS -
UNITED STATES DISTRICT COURT
301 W. MAIN STREET
BENTON, IL 62812

LEGAL - PRIVILEGED
CONFIDENTIAL
MAIL.

MAIL CLEARED
US MARSHALS

US POSTAGE PITNEY BOWES
ZIP 62466 $001.23
02 4W
0000389305 FEB 02 2024

RECEIVED
FEB 12 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

7:50 PM
2-1-24