IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT, OF ILLINOIS

JUSTIN DALCOLLO
Plaintiff ;

-V-

DEE DEE BROOKHART et. al
Defendant ;

CASE No. 3:24CV00358SMY

JURY DEMAND ; Class Action
DEMAND PURSUANT TO
Fed. R. Civ. P. 23 (a)-(1)
(ONE OR MORE MEMBERS )

PROPOSED AMENDED COMPLAINT PURSUANT TO
FED. R. CIV. P 15 (A)-(1-A) §(2) AND § 1983
CIVIL RIGHTS COMPLAINT

COMPLAINT WITH JURY DEMAND

This Civil Rights Complaint / Action [filed] by Justin Dalcollo,
a State Prisoner, for [Damage's] ; [INJUNCTIVE RELIEF] ; [NOMINAL] ;
[COMPENSATORY] ; [MONETARY] ; [PUNITIVE] due-to [EXCESSIVE-FORCE]-
[MISUSE of FORCE] ; [OFFICIAL-MISCONDUCT] ; Denial of MEDICAL CARE
IN VIOLATION OF THE EIGHT-AMENDMENT to UNITED STATES CONSTITUTION ;
[DENIAL]-OF-[SAFETY]- AND-[LIVING-ENVIRONMENT] ; CONFINEMENT IN SEGregation
[IN · VIOLATION]-OF- DUE-PROCESS [CLAUSE] of The 14th Amendment to the
UNITED STATES CONSTITUTION. Also Setting forth [STATE-LAW]-AND-FEDERAL
LAW TORTS os ; ASSAULT ; BATTERY ; INTIMIDATION ; MOB ACTION ; SEXUAL
HARRASSMENT ; THREATS ; Is INCLUDE [Deliberate INDIFFERENCE].

## JURISDICTION

This [HONOURABLE] - COURT [HAS] JURISDICTION OVER PLAINTIFF'S [CLAIMS] of Violation of [FEDERAL - CONSTITUTIONAL - RIGHTS] UNDER - [28 USC § 1331]; [28 USC § 1332 (a)]; [28 USC § 1332 (4) (c)]; [28 USC § 1334 (a) - (1-4)]; [28 USC § 1343 Sub § (B)] AND This COURT [HAS] - SUPPLEMENTAL - JURISDICTION [OVER] PLAINTIFFS STATE LAW [Tort - Claims] - UNDER [28 USC § 1367].

## PARTIES

The Plaintiff [Justin - Dalenko] is Currently Confined at - - [LAWRENCE C.C.] While all Said Conduct Complained of Transpired. (All EVENTS TRANSPIRED AT LAWRENCE C.C.) described in this - - [Complaint] - AND The Listed [Parties] - Are [EMPLOYEED] - AT - LAWRENCE C.C. [DEE DEE BROOKHART]; [WARDEN - BROWN]; [ALISHA - CURTWRIGHT]; [BRANDON - SMITH]; [LT. RIEDY]; [MICHAEL DEINEL]; [STEPHEN GERMAK]; [GREENTREE]; - - [LT. VAUGHN]; [DENTIST TRAN]; [MEDICAL DOCTOR]; [PHYSE Doctor]; - - CANDICE Schrader; (NURSE JANE Doe 1); (NURSE JANE Doe 2); -- (JOHN Doe 1-5); [JOHN Doe DOCTOR 1]; (JANE Doe 1 1)

## DOUBLE JEOPARDY

[DISCIPLINARY] - REPORTS [WERE] filled - out [THE] SAME DAY ALLEGING THE SAME OFFENCES BY BOTH OFFICERS. SEE BlockBURGER V. U.S. SAME ELEMENTS TEST. THIS APPLIES.

# FACTS

ON [3-13-2003] Plaintiff-Dalcollo was Transfered Into --
[Lawrence C.C.].

FROM 3-13-23 Untill About 5-1-23 a Prea Complaint Was
filed to, wit Dee Dee Brookhart Stated:

(" You Have To Be Punished First").

Following Said Statement, A [Domino-EFFECT] of DePrevations-
Manifested in which Said Events Transpired With Co-Conspirators
Whom i [believe]-[Agreed] to [Commence] Unlawful-Conduct.

FROM 3-13-23 Untill Current, And-[after] Mrs. Brookhart's Threats;
[Intimidation]-In -Violation of [720 ILCS 5/12-6 (a)-(2)$1-6.]
The Following [Events] Transpired In-Violation of [720 ILCS
5/25-1] Mob-Action [And]-In Violation of [720 ILCS 5/12-7.1]
[Hate-Crime] And -Inviolation of [720 ILCS 5/31-4 (a)-(1)] --
Obstruction of Justice.

FROM 3-13-23 And After Mrs. Brookharts Threats I Plaintiff --
Was Subjected to [Retaliatory-ShakeDowns] to, wit A --
Miiltitude of Shake Down's Commenced By [John-Doe 1-5] And
only after Reciept of Mail to Include Legal Mail-A-Pattern.

NOTE: The Legal mail inwhich Was Sent Via Mail; after 1st Segregation
Confinement all Those Documents [Vanished] And The Camera Will Reflect
This Conduct Repeatoly (witness John Doe 1 Stated "I didnt Find Any-
Thing" And ShakeDown Complete). These ShakeDowns Commenced only after
Recieving Legal mail items. The Camera Will Reflect This Conduct.

Between [3-13-23]-And-[8-1-23] [Wexford Medical Nurses] And or-[Lawrence C.C. Nurses] Did there [Nightly Med Pass]. Upon This [I] Noticed [A] Un-Identified [Pill]-Blue Capsules. Later After-Bringing Forth This [Issue] To Witness Sgt. Taylor, Who then Wrote A Disciplinary Report Indicating it [Was] a [Narcotic-PhsscoTropic] Un Prescribed Medication. ( Which Constitutes Forced Medication ) Again Please Keep In Mind Dee Dee Brookharts [Statement] ("You Have To be Punished First.").

Please Keep in Mind Due Process Violated as The Adjustment Committe Failed to Provide A Proper Hearing And Failed to Allow me to Provide Negating Evidence And Proof It Was Planted Evidence-Medication. The Camera Well Reflect This Conduct.

Please - Be - ADVISED Keep This Statement, And Ponder These Words Warden Brookhart Stated

"YOU HAVE TO BE PUNISHED

FIRST!"

NOTE: These Words Flowed Through My Viens And Gave me Chills As She Vindictively Smiled When Stated Those Horriffic Words.

## MISUSE OF FORCE ; EXCESSIVE FORCE ; EXCESSIVE CONFINEMENT

Pursuant To the Cruel AND Unusual Punishment Clause OF 8th Amendment U.S. CONSTITUTION Two ComPonet's NEED ONLY be mett:

(1) ( THE Objective ComPonet ) " THE SERIOUS oP the -- Challenged CoNDitions )i(2) ( Subjective ComPonet ) "The - STate oP Mind oP the Officials Whom ARE ReSPonsible For THEM."

ON [10-17-23] After [HarrasmENT]-BY[Cell 10] SGT Breeden STATED "IVE HERD Cell 10 HARRASCING Dalcollo all MORNING". Ultimately ReMOVING ME From my Cell [HAND-CUFFED] AND SHALLED to a [Stool] in [LAw-Library ARER]. SGT Breeden KNEW THE issue AND Said [INMATE] is [MEDIUM-SECURITY] STATUS-Which Shows [Retalliation] for filing a PREA-REPORT AS I AM - [MAXIMUM-SECURITY] AFTER ReTALLIATION. A TicKET ISSUED For [215 Disobeying A Direct-ORDER ESSENTIAL To SAFETY ).

NOTE: MY SECURITY LEVEL WAS CHANGED To MEDIUM UPON ARRIVAL AS I WAS AND AM NOT A Problem INMATE. HOWever THROUGH INTIMIDATION AND Retalliation FOR REPORTING OFFICER'S MY SECURITY WAS RAISED FOR No - REASON - PLEASE PAY CLOSE ATTENTION To THE PATTERN OF OFFICIAL-MISCONDUCT THAT LEAD'S TO A PattErN PromotiNG FaLSE CHARGES.

ON [11-14-23] SCHRADER, CANDICE M., [CONTINUED] To - harass ME after [C.O.] [Allowed - ME]-TO [USE]-THE [KIOSK] To SEND A MESSAGE TO MY FAMILY. NEVER - ONCE [WAS] I Hostile IN FACT THE [CAMERA] Will SHOW (C.O. JOHN DOE 2 ) letting me out of my - Cell [3]-additional [Times] And SGT. SCHRADER HARASSING ME To Lock UP Mins AFTER OUT OF MY CELL.

THUS, LEADING ME To THIS EVENT:

ON [12-15-23] I WAS [RUSHED]-To THE HOSPITAL. I WAS FOUND UNCONSCIENCE IN MY CELL. UPON Arrival I SEEN Doctor's AND [MULTIPLE - NURSE'S]. ( However THE Asian Nurse LEANED OVER AND Put Her MOUTH AND HAND OVER MY Gential AREA While the Officers Stood there WATCHING - DOING NOTHEN ).

( Shortly After Another NURSE CAME IN To REMOVE THE [I.V. LINE] WHEN [Suddenly] THE [NURSE] Said I ASSUALTED HER ). ( THIS Nurse JANE Doe 1 is WHITE AND SHORT ); NURSE - ASIAN is ( JANE Doe 2 ) ).

ON [12-16-23] After LEAVING Said [HOSPITAL] I WAS THEN - [DIRECTLY]-SENT To [SEGREGATION]. ON 12-18-23 [A] Ticket WAS ISSUED. THE Ticket WAS, [Alleged - Assualt]; SEXUAL MISCONDUCT AND [SEXUAL ASSUALT].

NOTE:   I WAS SHACKLED To THE BED, AND I WAS THE ONE ASSUALTED AND BATTERED WHILE THE C.O. Alisha CURTWRIGHT AND BRANDON Smith WATCHED THAT NURSE DO THAT To ME.

Also [Please] Be [Advised] ILLINOIS STATE Police AND OR THE [LAWRENCE P.D.] did-not [file-Charges]. BECAUSE THEY KNEW I Was [SHACKLED] To THE Bed. No Possible Way To ASSAULT STAFF.

ON [12-22-23] While Placed IN [TEMPORARY CONFINEMENT] [LT. DEIMEL]-AND-STEPHEN GERMAK Called ME INTO A Room-AND STATED "THEY NEED To FURTHER INVESTIGATE". PLEASE SEE: LAWRENCE ORIENTATION-MANUEL [PG 26.§12 Sub§6 ;°C).

§12  B  STATES:
FIND THAT [FURTHER] INVESTIGATION IS. NEEDED To DETERMINE if the [INDIVIDUAL] IN CUSTODY [Did] or Did NOT [Committ] the OFFENSE AND PLACE [INDIVIDUAL] IN [INVESTIGATIVE-STATUS]; Also SEE: SUB§ (C) THE [INDIVIDUAL] May-NoT [be] CONFINED [For-More-THAN-14-days] FROM THE PLACEMENT IN [TEMPORARY-CONFINEMENT].

ON 12-22-23 LT DEIMEL STATED "FURTHER INVESTIGATION IS N E E DED".!!

[Ultimately] All [Tickets]-Recieved Violated-DUE-Process AND CONSTITUTE [Cruel] & UNUSUAL [Punishment] IN Violation of 8th AMEND CONSTITUTIONAL Doctrine OF U.S. . I WAS SANCTIONED [WITHOUT] STATUS CHANGE To [INVESTIGATIVE STATUS] No-HEARING TRANSPIRED.

---

NOTE: AMANDA McCAFFERTY is AFFILIATED WITH GROUP OF NURSES THROUGH-OUT ILLINOIS AND WAS SUCCESSFULLY IMPEACHED IN MY CASE AND I CAN DIRECTLY LINK HER To DEE DEE BROOKHART. PLEASE ALSO BE ADVISED MY CASE WAS All OVER MEDIA AND YOU TUBE "HIGH Profile" AND DEE DEE BROOKHART WAS AT MY [TRIAL]. THESE ARE FACTS! THIS IS ReTALLiation.

---

UNDER EXCESSIVE FORCE DEE DEE BROOKHART; LT. DEIMEL; STEPHEN GERMAK; CANDICE Schrader; SGT WALKER INTENTIONS WERE SADISTIC [AND] MALICIOUS AS THEY CO-CONSPIRED TO PROMOTE HARM.

[SGT-WALKER] WALKED AROUND Holding A PAPER STATING I WAS [A] SNITCH [TRYING] TO Get People TO JUMP ME IN 3 House MEDIUM House") THE [CAMERA] Will [REFLECT] THIS CONDUCT.

THIS IS [DeLiberate]-INDIFFERENCE TO [SAFETY] AND [SECURITY]-OF-MY [SELF] AND [OTHERS] AND IS MALICIOUS AND SADISTIC. THE USE OF FORCE TO INCLUDE [ASSUALT] é [BATTERY] WAS APPLIED IN Bad-Faith.

ON, [12-15-23 · 12-16-23] I WAS SHACKLED TO A Bed, ASSUALTED AND BATTERED WHILE C.O. Alisha CURTWRIGHT AND BRANDON Smith did NotHen AND THEN ACCUSED ME...

## DEFINITION.S

• BATTERY: IS ANY [HARMFUL]-OR-[OFFENSIVE] CONTACT WITH [A] Person THAT IS DONE [INTENTIONALLY].

• ASSUALT: IS AN [ACT] THAT IS [INTENDED] TO CAUSE, AND DOES-CAUSE [REASONABLE]-FEAR THAT A [BATTERY] IS [About] to OCCUR.

AGAIN DEE DEE BROOKHARTS TROUBLING STATEMENT
" <u>You Have To Be Punished First</u>".!

THIS is <u>INTENTIONAL</u> [INFLICTION]-OF-[EMOTIONAL] Distress;
[NEGLIGENCE]; <u>Deliberate-INDifference</u> And [Aiding-Assault]
[AND]-<u>Battery</u>. [All other official's Co-Conspired].


<u>FALSIFIED DISCIPLINARY REPORTS AND CRISIS INTERVENTION</u>
<u>Alisha Curtwright</u>; <u>Brandon Smith</u>; <u>DEE DEE Brookhart</u> <u>Falsified</u>
<u>Disciplinary Reports</u>. (Counselor MRS. TATE) <u>Falsified Crisis</u>
[Report] AND [Stated] I <u>Needed To Be on WATCH</u>, ONLY AFTER
<u>filing Said Suit</u>. Civil Action! <u>Retaliation</u>!

( I [NEVER-STATED] I [WANTED] <u>To</u> HARM OTHERS
NOR MYSELF ).

[Just]-a-<u>Tool</u> [they] Use To <u>Try AND Steal</u>
[Evidence] And [PREVENT] People And [MY Self] from Bringing
[forth] my <u>Claims</u>. HOW-ever it Also [HELPED] ME SEE
THE [Cruel]-Conditions AND [Assaults] THAT HAPPEN-
[daily]-<u>To</u>-Those Whom need [Help].

NOTE: I WAS DENIED TOOTH PASTE; TOOTHBRUSH; SHOWERS; SPOONS; AND WAS SUBJECTED
TO OVERWHELMING PEPPER SPRAY DUE TO OTHERS BEING ASSAULTED BY STAFF
MULTIPLE TIMES. THEY WOULD OPEN UP THE FOOD SLOTS AND JUST SPRAY
FOR NO REASONS. EXCESSIVE USE OF FORCE AGAINST DISABLED PERSONS. ALSO
INADEQUATE VENTALLATION TO INCLUDE BEDDING AND BEDS PERIOD.
THIS IS THE "<u>CRUEL & INHUMANE Conditions</u>" PUNISHING THOSE WITH-
MENTAL DISABILITIES HOW DARE THEM. APPALLING! INHUMANE.

DeLiberate InDifference To Security; Safety; Serious
Medical Need's; Hazardous And Inadequate Living -
Conditions To Include Inadequate Ventalization

On 1-30-24 [I] And [othr's] Were [Sbjected] To Unsafe
[Living - Condetion's]. After A [Inmate] Requested Creses -
He [Stated] The BE He Was "Going To Set His Self on Fire."
Ultimately A [File] - Transpered · And · [Smoke] Filed The
[Cell's] As We Remained in our Cell's Approximately [15]
to [30 mins] before Evacuation. [I] Requested For My
[Inhaler] And Breathing - Treatment - to wit [Denied] the
Breathing treatment.

In [Segregation] There Are No [Fire - Alarms] That Went
off; No Smoke Detectors Nor Carbon Monoxide Dectors to Include
[Sprinklers]. (Staff Sits outside in Another Room Sealed And -
[Rarely] Respond To Emergencie Buttons As They Mute Them).

Deliberate Indifference !

Warden Brown [And] Dee Dee Brookhart To Include The
Lawrence County [Fire - Marshall] Are Directly Responsible For
[Failure] To Provide Safe Living Conditions.

NOTE: See: White v. Cooper, 55 F. Supp. 2d 848, 858 (N.D. Ill. 1999)
" The Absence of fire Safety And Prevention Devices, Which Are Necessary
In A Correctional Facility to Notify Staff That A Fire Has Started And To
Aid in the Evacuation of Smoke, is A obvious Risk of Serious Harm").
This facility is also Short Staffed And our on Constant Lockdowns
due to Short Staffing.

<u>SERIOUS MEDICAL NEEDS</u>

[APPROXIMATELY] around [2-24-24] - till About 2-26-24 I REQUESTED FOR [MEDICAL] - ATTENTION AS I WAS <u>HAVING CHEST - PAIN - AND</u> [GREEN - TREE] SAT - DOWN [And] Ignored my Claim. His Actions - Are [DeLiberate] - Indifference to A <u>Serious Medical NEED.</u> L AS THEY ALSO Hold ARE MEDS IN A Box outside of our CONTROLL ) as i am (Asthmatic ) <u>SERIOUS MEDICAL CONDITION</u>. THE [DeNIAL] of [BREATHING] <u>TREATMENT</u> Also Deliberate - - [INDIFFERENCE] <u>"GREEN TREE" LiABLE FULLY.</u>

NOTE: IM NOT THE ONLY ONE THIS IS DONE TO, THIS IS IN REGUARDS TO WHAT I SUFFERED PERSONALLY. BUT ALSO APPLIES TO OTHERS AS WELL.

[ON - 3-13-23] till Current , IvE REQUESTED FOR [DIET - SUPPLEMENT] AS I HAVE [DIVERTICOLITAS] A ["SERIOUS MEDICAL NEED" WHICH] <u>HAS LANDED ME MULTIPLE TIMES IN THE HOSPITAL.</u> VERT - PAINFUL AND IS [Life] - <u>THREATING</u>. [N. P.] <u>LUKING is AWARE BUT it is</u> ( JOHN Doe Doctor 1) That REFUSES To [PROVIDE - A - ADEQUATE] · [DIET] AS <u>IM NOT</u> [SUPPOSE] To [EAT - RICE] - <u>CAUSES - INFAMMATION</u> IN M + [STOMACH]. [DEE DEE BROOKHART] is MADE AWARE - AGAIN - IGNORED. [I] <u>WAS [SENT] To THE Hospital</u> due to this Already ON [6 - 5 - 23], [7-5-23] <u>AND</u> [12-15-23].

. UNDER THE EIGHTH AMENDMENT OF THE U.S. CONST..

THE EIGHTH AMENDMENT Prohibits the UNNECESSARY WANTON AND INFLICTION OF PAIN.

[DELAY] OF Asthma TREATMENT ; DIET ; CHEST PAIN ; -- [DENTAL-PAIN] FOR APPROXIMATELY [1 Year] And SleePING ON A Paper [thin] Mattress to INClude [3] days IN A CELL Without A MATTRESS .... [Is]-CRUEL AND UNUSUAL PUNISHMENT.
[LT. VAUGHN] Denied ME A PROPER MATTRESSES STATING ONLY [TRANSFER'S] Get Good-Mattresses. SINCE THEN , STILL AM-SleePING ON A PAPER THIN MATTRESS. MY BACK IS IN-SEVERE PAIN.

DENTIST TRAN

[DENIED] ME [TOOTH-CARE] INTENTIONALLY- KNOWING THAT I HAVE A [SERIOUS] NEED TO [REMOVE] OR [PROPERLY] CARE FOR MY TEETH AND HE [KNEW] THE ISSUE. [DELAY] OF APPROX 1 YEAR OF-Pain IN MY [UPPER] TOOTH-[JAW] AREA. HE did SEE ME, BUT HAS [ONLY] filled THE TOOTH WITH A fill-IN. HE DELiberately-Denied [ME CARE CAUSING-PAIN] AND Suffering FOR 1t YEAR. ON-2-27-24 THE FILLING WAS INSTITUTED.

NOTE: GREEN TREE IS RESPONSIBLE FOR IGNORING MY NEED FOR INHALER AND CHEST PAIN. TRAN IS LIABLE AS HE IGNORED MY SERIOUS NEED. THE - DOCTOR IS DELIberate INDIFFERENT FOR FAILING TO PROVIDE BREATHING TREATMENT AND SUPPLEMENTAL DIET TO EXCLUDE RICE. LT. VAUGHN IS LIABLE FOR FAILING TO PROVIDE ADEQUATE MATTRESS CAUSING ME TO SLEEP WITHOUT A MATTRESS FOR 3 DAYS.

## <u>Impediment And Frustration on Access To Grievance Procedure Remedy</u>

Counselor [Tate] stated " I Have Signature Authority To Sign The [Warden's] Signature"; [Warden Brown] Also [Has] Avieled [Signature Authority]. These Are Those [Individual's] Whom Have Been Causing Also Retaliation And [Preventing] My Grievance's From Proper Exsuastion. How-[ever] I STILL [Exsuasted] Properly. Also <u>Warden Brown</u>: [Lt. Reedy] Have Also Imeded on My Acless To The Court's; The [Camera] Will [Reflect] <u>Lt. Reedy</u> [Bringing] Me My Legal-Mail] Opened And Not Sending It Out. This is [Inter Ference] With [Interstate] <u>Commerce</u> And Conceal-ment of Material Fact In Violation of 32 U.S.C. §10272. To Include "<u>Obstruction of Justice</u>".

## <u>In adequate Ventilation</u>

<u>This Facility Has Inadequate Vents; Ventilation And [Windows] That Dont Work.</u> There Are No Barrier's And [When] -Someone [Get's] Pepper [Sprayed] or [Fire-Burning] [it] Affects [All] <u>Cell's</u> And Instead of Sucking The [Air -Out] - It Pushes The Spray Into The Cells Causing [Everyone] To Have Difficulty Breathing. Chest Pain as well.

---

NOTE: Warden Brown: Dee De Brockhart Fail To Provide Safe Environments In This Facility And Are Deliberate Inoffident To All Safety.

---

[TO] INCLUDE I WAS [DENIED] A FAN DURING THE [SUMMER] OF [23] FOR ALMOST 4 MNTHS CAUSING HOSPITALIZATIONS. [CAUSING] INJURIOUS AFFECT TO BREATING AS I AM ASTHMATIC. SERIOUS MEDICAL NEED.

## STAFF HARRASSMENT AND SEXUAL EXPLOITATION

(JANE DOE 1 C.O.) TOLD ME "LAY ON YOUR BED" AND [JACK-OFF] IN WHICH FOR 5 DAYS STRAIT 3 TIMES A-DAY THIS IS WHAT HAPPEND. I'M NOT THE ONLY ONE THAT THIS IS DONE TOO! SHE HAS LONG HAIR; GREEN EYES AND IS KINDA SHORT. MAYBE HISPANIC. THIS IS OFFICIAL MISCONDUCT; [SEXUAL-HARRASSMENT] AND [SEXUAL-MISCONDUCT] BY STAFF.

DEE DEE BROOKHARTS WORDS:

" YOU HAVE TO BE PUNISHED FIRST "/

THIS IS CALLD FORCED MASTERBATION.

---

NOTE: Smith v. Cochran, 339 F.3d 1205, 1212-13 (10th Cir. 2003) "HOLDING-L THAT SEXUAL ABUSE OR RAPE BY STAFF IS MALICIOUS AND SADISTIC BECAUSE THERE IS NO Legitimate PURPOSE FOR IT". THERES ALSO A CASE LAW FOR FORCED Masterbation.

---

# DENIAL OF RECREATION

[DEE-DEE-BROOKHART] is <u>Deliberate Indifferent To Those</u> [HOUSED] IN 6 HOUSE AND HAS DENIED RECREATION FOR [OVER 10 MNTHS] STRAIT. "Cruel & UNUSUAL PUNISHMENT" AND [Retalliation] AND PUNISHMENT FOR REQUESTING [P.C.]. <u>SHE Denied ME REC For 1/0 MNTHS].</u>

<u>ALL THOSE LISTED ARE LIABLE FOR RETALLIATION;</u> <u>AND all UNDER [Color-of-STATE-LAW]. [I] WAS Promoted</u> [to] MEDIUM SECURITY STATUS. AFTER Retalliation I WAS [THEN] UP [IN] SECURITY TO [MAXIMUM] FOR NO REASON AT all. <u>DEE DEE BROOKHART HAS A SPECIAL INTEREST IN PUNISHING ME.</u> <u>I believe SHE is ALSO CLOSELY Related to THE Alleged-Victim.</u> [AND] HAS been PAID to do BAD things to ME. NOW SHE is IN [BIG-TROUBLE]

## RELIEF REQUESTED

<u>INJUNCTIVE; PUNITIVE; NOMINAL; DAMAGES; COMPENSATORY; MONETARY;</u> <u>TRANSFER OUT-OF-STATE AS THREAT TO MY SAFETY IS-</u> <u>OVERWHELMING AND TRUE.</u>

## AFFIDAVIT

UNDER PENALTY OF PERJURY I JUSTIN DALCOLLO DECLARE PURSUANT TO 28 U.S.C 1746; 735 ILCS 5/109-1 THAT THIS COMPLAINT IS TRUE; CORRECT AND ACCURATE. I FURTHER DECLARE THIS IS NOT TAKEN MALICIOUSLY - NON - FRIVOLIOUSLY AND IS IN GOOD FAITH.

Justin Dalcollo
March 29, 2024


## CERTIFICATE OF SERVICE

ON 2-29-24 I Mailed this THROUGH LAWRENCE C.C. INSTITUTIONAL MAIL   MARKED FIRST CLASS POSTAGE AND FIRST CLASS POSTAGE PAID.

Justin Dalcollo
2-29-24


JUSTIN DALCOLLO 751682
10930 LAWRENCE Rd
Sumner Il. 62466
2-29-24

Justin Dalcollo
751682

PG 17-17

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

[Exhibit 1]

Individual in
Custody Name: __Dalcollo_____  __Justin_____  ____  __Y51682____
　　　　　　　　　　 Last Name　　　　　　　　　　　　 First Name　　　　　　 MI　　　 ID#

Facility: __Lawrence_____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: __11/16/2023____  or ☐ Correspondence: Dated: _____

Received: __11/20/2023____  Regarding: __Staff conduct -Sgt. Walker's conduct - 11/16/23._____
　　　　　　 Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
　　　　　　　　　　　　　　　　　　　　　　　　 Date

☐ No justification provided for additional consideration.

**Other** (specify): _____
_____

Completed by: __Margaret Madole_____  _Margaret Madole_  __11/30/2023__
　　　　　　　　　 Print Name　　　　　　　　　　　　 Signature　　　　　　　 Date

Distribution:　Individual in Custody　　　　 *Printed on Recycled Paper*　　　　　 DOC 0070 (Rev. 9/2023)
　　　　　　　 Administrative Review Board

(Exhibit 2 A)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
☒ Disciplinary   ☐ Investigative    Facility: Lawrence    Date: 12-16-23

Name of Individual in Custody: Justin Dalcollo    ID #: Y51682    SMI: ☐ yes ☒ no    Race: WHITE

Observation Date: 12-16-23    Approximate Time: 1240  ☐ a.m. ☒ p.m.    Location: Lawrence Hospital

**Offense(s): DR 504:** 107b - Assault    107- Sexual Misconduct.

**Observation:** (NOTE: Each offense identified above must be substantiated.) On December 16, 2023 at approximately 1240am, I was on a unit escorting Individual in custody Justin Dalcollo # Y51682 to Lawrence Memorial County Hospital when getting discharged from the hospital, the nurse was removing his IV line and Dalcollo reached for the nurse. The nurse's supervisor informed us that he reached into her shirt. Shift Commander notified. Individual in custody Dalcollo was identified by institution graphics.

**Witness(es):** Curtwright 10509

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| B. Smith | 15364 | B. Smith | 12-16-23 | 200 ☐ a.m. ☒ p.m. |
|---|---|---|---|---|
| **Reporting Employee (Print Name)** | **Badge #** | **Signature** | **Date** | **Time** |

**Disciplinary Action:**

**Shift Review:** ☒ Temporary Confinement   ☐ Investigative Status    Reasons: Nature of Offense

MRS. Hutchinson 825    Shift Supervisor's Signature    12-16-23

**Printed Name and Badge #**    (For Transition Centers; Chief Administrative Officer)    **Date**

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer    Comment: Continue Confinement

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    12/16/23    **Date**

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

C. Milam 7774    C. Milam    12-8-23

**Print Hearing Investigator's Name and Badge #**    **Hearing Investigator's Signature**    **Date**

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing.  You may ask that witnesses be questioned along lines you suggest.  You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee.  You may request staff assistance if you are unable to prepare a defense.  You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign    Individual in Custody's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature

12/18/23    9:40 ☐ a.m. ☒ p.m.

**Date Served**    **Time Served**

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Distribution:   Master File    Page __1__ of __1__    DOC 0317 (Rev. 7/2021)
                Individual in Custody    *Printed on Recycled Paper*

(Exhibit 2B)

ILLINOIS DEPARTMENT OF CORRECTIONS

### Disciplinary Report

**Type of Report:**
☒ Disciplinary ☐ Investigative     Facility _Lawrence_     Date: _12-16-23_

Name of Individual
in Custody: _Porcello, Justin_     ID #: _Y51652_     SMI: ☐ yes ☒ no     Race: _Wht_

Observation Date: _12-16-23_   Approximate Time: _12:40_   ☒ a.m. ☐ p.m.   Location: _Lawrence Hospital_

**Offense(s): DR 504:** _102R - Assault_     _107 Sexual misconduct_     _103 Sexual assault_

**Observation:** (NOTE: Each offense identified above must be substantiated.)

_On 12-16-23 at approximately 1240hrs I C/O Luttrell was assigned to_
_hospital run at Lawrence hospital when inmate Porcello Justin Y51652_
_reached into a nurses shirt while on 2 on 1 restraints. Shift commander_
_Lt. ___ Notified. Porcello was transported to a different graphics Nurse_
_stated that Porcello invaded her breast_

**Witness(es):** _Scott, Brandon 15764_

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| _Luttrell, Misha_ | _16504_ | | | _12-16-23_ | _713_ | ☐ a.m. ☒ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | | Date | Time | |

---

### Disciplinary Action:

**Shift Review:** ☒ Temporary Confinement   ☐ Investigative Status   Reasons: _Nature of Offense_

_C. Dellinger   298_     Shift Supervisor's Signature     _12/16/23_
Printed Name and Badge #     (For Transition Centers, Chief Administrative Officer)     Date

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer   Comment: _CONTINUE CONFINEMENT_

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

_MAJ HITTMEYER   825_     _Martin   825_     _12-16-23_
Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature     Date

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

_C. Milam   774_     _C. Milam_     _12-18-23_
Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature     Date

---

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody
refused to sign

_J Platte_     Individual in Custody's Signature _15444_     ID# _Platte_
Serving Employee (Print Name)     Badge #     Signature

_12/18/23_     _9:40_   ☐ a.m. ☐ p.m.
Date Served     Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature _____     ID# _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### (Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report _____     Print individual in custody's name _____     ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness _____   Witness badge or ID# _____   Assigned Cell (if applicable) _____   Title (if applicable) _____

Witness can testify to: _____

Print Name of witness _____   Witness badge or ID# _____   Assigned Cell (if applicable) _____   Title (if applicable) _____

Witness can testify to: _____

Distribution:  Master File
              Individual in Custody

Page _1_ of _1_

*Printed on Recycled Paper*

DOC 0317 (Rev. 7/2021)

JB Pritzker
Governor

(Exhibit 3a)



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# **MEMORANDUM**

DATE: 2/22/24

TO: Dalcollo, Justin Y51682 RH BL-20

FROM:   Restrictive Housing Review Committee

SUBJECT: Restrictive Housing Time Reduction Request

This letter is being sent to inform you that Lawrence Correctional Center staff has reviewed your request for a reduction in your Restrictive Housing sentence. The Restrictive Housing Review Committee meets weekly to make decisions regarding reductions and consists of staff from multiple departments within Lawrence. The decisions of recommending reductions are based on multiple criteria, such as but not limited to interactions with staff, all-around behavior and disciplinary record following a 60-day placement in Restrictive Housing. Upon total review of the above criteria, it is determined that your request for a reduction in Restrictive Housing has been denied due to:

☒Nature of offense(s) ☒Staff Assaulter ☐Recent Disciplinary Report
☒More Observation Needed ☐Other: _____

_____ I CONCUR

_____ I DO NOT CONCUR- _____

_____                    _____
Warden Brookhart                                Date

I NOT WARDEN SIGNATURE    I HAVE PROOF.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

SUMNER IL 62466
LAWRENCE C.C.

PRIVILEGED

[ CLERK- OF- THE -COURT ]

TO: SOUTHERN DISTRICT COURT OF ILLINOIS
301 W. MAIN STREET
BENTON IL 62812

FIRST CLASS POSTAGE

LEGAL: PRIVILEGED-MAIL

MAIL CLEARED
US MARSHALS

[ CONFEDENTIAL - MAIL ]

2/29/24   9:30 PM

RECEIVED

MAR 04 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE