UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JUSTIN DALCOLLO

CASE NO: 3:24-CV-00358-SMY

-v-

DEF. DEE BROOKHART et. al

## Pro-Posed Alternate Amended Version of Civil Rights Complaint 42 USC §1983

**I. Jurisdiction:**

Jurisdiction is Had Pursuant to 42. U.S.C. § 1983; 28 U.S.C. § 1391(B); 28 U.S.C. §1391(C)-(1-2); 28 U.S.C. 1367 (a)-(B); 28 U.S.C. §1369 3(a)-(B) And (4)-(d); 28 U.S.C. § 1357; 28 U.S.C. §1358; 28 U.S.C. § 1338 (a)-(B); 28 U.S.C. §1343; 28 U.S.C. §1343 (a)-(1-4)-Sub § B(1); 28 U.S.C. §1333 (1-2); 28 U.S.C. § 1332 (a)(1) Sub § (4); (C); 28 USC § 1332(B)(6); 28 U.S.C. § 9 (a) - And (B)(i) And (C)(i); 28 U.S.C. § 1331. 28 U.S.C. § 1331; 42. U.S.C. § 1985 (2).

**Defendant's**

The Said listed Defendant's Were Employeed at DUPAGE COUNTY JAIL; Doctor Jane Doe/John Doe 1. The following defendants Were-employeed at MENARD. C.C. Doctor John Doe/Jane Doe 2 And Jane-or John Doe 2 Nurse.

The following Defendant's Were and Are Employed at Lawrence C.C.; LT. DEIMEL; STEPHEN GERMAK; BUTLER; ROSENBAUM; RUTHERSFORD; SGT. Schrader; Alisha Curtwright; Brandon Smith; Shanae R. Gillenwater; SGT. Breeden; LT. DEWEESE; STEELSON; TATE; WALL; LT. Livingston; LT. VAUGHN; LT. TAYLOR; Lexford Medical Staff Jane Doe/John Doe 1-7; A.R.B Personel 1-5; SGT. RICHARDSON; LT. GIVEN'S; I.A. Adam's; WARDEN BROWN; DEE DEE BROCKHART; C.O. Jane/John Doe 1-9; Medical Doctor John Doe/Jane Doe 1; LT. RIGDY; GREENTREE; INMATE 1-4 John Doe's. All Defendant's are Sued IN There Official And Individual Capacities Under Color of State Law; State Law Tort's; Federal Constitutional Rights Per U.S. Const. (Doctor Tran).

## Previous Law Suit

1). N.D.C. Illinois 5/25/24.
2). S.D.C. Illinois 3/9/24.
3). APP. CT 7th CIR 7/15/23 - other Date's as well.
4). S.D.C. Illinois 2/12/24
5). Habeas Corpus 8/13/21 or 22 - MULTIPLE ATTEMPTS - IMPEDED!
6). Writ of Certorari MULTIPLE TIMES last 1 filed on 3/21/24

The Defendant's of said Previous - Suets are:
S.D.C. Ill.     N.D.C. Ill.     N.D.C. Ill
ANTHONY WELLS et.AL; ANN WALSH et.AL or JAMES SCALIATINE et.AL.

PG. 2 OF 15

## Dispositions

1). N.D.C. Illinois Dismissed Without Leave To Amend. Civil-Rights.

2). N.D.C. Illinois Habeas Corpus - Dismissed Due To Mail Thefts That Held My "Payment" in Elegance For Months. And Judge Conspired With State Actors To Deny Fruitful Claims - Bribed.

3). S.D.C. Illinois Dismissed. Appealed - Writ of Certiorari Pending. Civil Rights Complaint

4). Only 1 Strike Against Me - For Prior Complaints.

## III.  Grievance Proceedure

There is a Grievance Proceedure Yes.

I Presented All Claims - At Every Level - Even Though They Impeded The Proceedure & I Still - Sent To The A.R.B Board My Claims.

I Took Every Step - Above And Beyond The Scope To Get My Grievances In.

The Results - Some - Answered. Some Vanished. And Some - Responded To "Almost A Year Later".

### Administrative Review

During A.R.B. Board Video Conference - They Stated That There Was No Evidence To Substantiate The Seg-Status And Charges Should All be Dismissed.

PG. 3 OF 15

They also wanted original grievance's but I sent copies and - Grievance's Exhuasting all claims. If - Grievance are filed there is a Electronic-Record. So no need to send Original. They just wanted to "Steal-Those Too". Still Pending -- Response.

## STATEMENT OF CLAIM

On 3/24/19 till 5/11/22 (Doctor Jane Doe/John Doe 1) Denied & Deprived me of my Medical Inhaler's "A Serious Medical Need and was Deliberate Indifferent to my Condition". Due to this doctor - Refusing to Give me my Medical-Inhaler's A Domino Effect of Injuries Resulted. This Doctor was Employed at DuPage County Jail.

On 5/13/22 a Transfer to Stateville Transpired. Upon Arrival - (Medical Doctor Doe-2). Stated you don't have any Record of Asthma - However i ~~[illegible]~~ - She requested Further Medical Record's. Still Denied - And Then Transfered To Menard C.C. This Doctor Conduct is Deliberate Indifference to A Serious - Medical Need And is Cruel and Unusual Punishment.

On - Approx - 6-25-22 A Transfer To Menard C.C. Transpired. From 7-1-22 Untill ~~[illegible]~~ ~~[illegible]~~ 2/1/23 My Medical Inhaler's Were Denied.

Pg 4 af ~~[illegible]~~ 15

(John Doe / Jane Doe 3) - Doctor And Nurse (Jane Doe 1) - After Catching Covid-19 - And Given a Breathing-Treatment - The Nurse Stated "It Sat's Here You Have A History Of Asthma". The (Doctor John Doe / Jane Doe 3) And Nurse (Jane Doe 1) Where Well Aware Of my Serious Medical Need and Were Deliberate-Indifferent "to A Serious Medical-Need" Which Constitute "Cruel And Unusual Punishment" Per 8th-Amendment Of U.S. Const.

Due To The Resulting Irreparable Injury which - Causes a daily issue of Breathing Which i Have To Take A-Plethora of Med's Just to Get through a day. 2- Inhaler's; Nasal Spray; Allergy Pills And Caused FURTHER Damage To My Breathing.

---

NOTE: All Individuals are liable at There Individual Capacities And Official Capacities AS A Conspiracy Per § 1985 And 1983 Under Color of State Law And Federal Const. Rights.

---

I Also Add Judge Ann Walsh; James Scaliatine; Robert B. Berlin; Chief Judge Kenneth Popejoy Who Are Employed At Dupage County Jail. They Are Also Sued In There Individual And Official Capacities.

---

Note: Said officials Forced ME To Trial on Charges Not Legally Pending during Covid 19 "Refrain From Gathering's" And Then - Was Forced To Remove My Mask-Which Caused Covid-19.

Ann Walsh; James Scaliatine; Robert R. Berlin; Kenneth Popejoy - Forced Me To Trial And Court During Covid-19 Forced Me To Remove My Mask - In Which i Contacted the the Virus. They Actions Are Deliberate Indifference To Safety And Security And "Serious Medical Condition" - As They Knew I Am Asthmatic. I Have The Actual Addmission From Said officials ON Record In Court. This Is Cruel And Unusual Punishment - And Misuse Of Force And - Conspiracy To deprive Me Of My Civil Rights. They / acted Under Color of State Law. This Transpired From 2020-2022.

On 3/13/23 i Was then Housed at Lawrence C.C. On 1-30-24 A fire Transpired, i Was Denied a Breathing treatment. When i Requested Emergency Help. "Green Tree" A-C.O. Sat Down And Ignored My Request "His Actions Are Deliberate indifference to Safety And Security And Serious Medical Need Which is "Cruel And Unusual Punishment".

On 12/15/23 I Was found Unconscience On The Floor In My Cell. I was having Chest Pain And difficulty Breathing. I was then Rushed To The E.R At Lawrence CO. Hospital. My blood Pressure Extremely High And i Was Given Also A- Breathing - Treatment as Difficulty Breathing.

There Action's Had A Domino effect to my Serious -- Medical need of Asthma "Deliberate Indifference to my Serious medical need" And is Cruel And Unusual Punishment.

## Misuse And Excessive Force

While at the hospital, i was Shackled at All 4 Points. -- Nurse-(Jane Doe 2 at Hospital) Sexually Assaulted Me While Alisha Curtwright Pulled Her Gun-out And Watched. Alisha-Curtwright Then Handed Her firearm to Brandon Smith.

I then was Housed in Seg Charged With A Sexual-Assault on Staff. This is Deliberate Indifference to Safety And Security; Cruel and Unusual Punishment Per 8th Amendment - And deliberate in difference to Serious Medical Need. Also Amount's To Retaliation For Access To The Court's.

## Violation of Due Process

On 12/16/23 I was Confined In Seg. On 12/22/23 while Housed Under Temporary Confinement. 12/22/23 LT. Deimel Stated He needed to Further-Investigate. Shortly after i Recieved Disciplinary Sanctions of 1 year; C-Grade; Visit-Restriction. -- Shortly After - Charge Dismissed - Seg Time Cut - And They Continued With (107 And 102B). Same As Arisinal Charge.

Essentially LT. Deimel made the admission he violated my due process. No hearing, No Evidence. The A.R.B Board did a video conference call and stated "There's No-Evidence and we recomend "Dismissal of Sanctions".

Shortly After, i Sent a writ of Certorari to U.S. Supp. Ct on 3/11/24. On 3/12/24- i then Recieved Another Ticket. LT. Deimel Violated Due Process Stephen Gezlak Also Aware" i requested Witnesses And Video Discovery. Again Due Process Violated. Per 14th Amendment "Due Process clause" of the U.S. Constitution. Ive Should of been Released Already.
( This is also Excessive Confinement ).

### Calculated Harrassment And Retaliation

On 3/13/23 My Security level Dropped to Medium. I was Never Transfered And Was Housed with Maximum-Security individuals. Shortly later I Recieved A Un Identified Pill During Med Pass. I Gave Said Pill to SGT. Taylor. She then Wrote A Ticket. This Medication Was Not ProScribed And Has-Actually Sent me to The Hospital With Chest Pain.

Thus, i Was then Sent to 3 House Awaiting Transfer to Medium Security Prison. Nurse Jane Doe 1 LAWCC. Deliberately Gave Me This Pill As Part of There Scheme To Prevent Transfer.

Pg. 8. of 15

I was then Housed in 3 House. While Awaiting A Transfer SGT. Walker Came in. I Requested A Hunger Strike. While Moved to J House. SGT. Walker then Told other's i was A Snitch And went to P.C. This was not True. I returned to J House. SGT Walker Stated your Security is Raised back To Maximum.

I was then Re-Housed. Shortly After SGT. Schrader after Sending mail out "began to Stalk me" And Harass me. She then Gave me A Ticket. The Ticket False. C.O. Wall & LT. Deweese Harrassed me, Refusing me Law library, Showers, Phone And Kiosk Visits. SGT Breeden knew i was being Harrassed And wrote me A Ticket.

 A). SGT Schrader Wrote A Ticket on 11/14/23 i Sent Mail out on 11/8/23.

 B). I Sent mail out on 10/12/23, Wall Wrote me A Ticket on 10/25/23.

 C). I Sent mail on 3/11/24 And on 3/12/24 LT. Flowers (John Doe 1) Wrote A Ticket - Intimidated And Threatend mt Life.

 D). On 1/11/24 I requested why my Security was raised, The Counselor Stated because you Assualted Staff At Lawrence Hospital. However my Security Status was Raised Prior - This Act was Pre-Meditated.

This Action is Cruel AND UNUSUAL Punishment "UNDER The 8th Amendment of U.S. Constitution; Deliberate Indifference To Safety AND Security; Retaliation AND Calculated Harassment.

> NOTE: DEE DEE BrookHart STATED PRIOR TO ALL This "You Have To be Punished" - Ever Since Then ALL THESE THINGS TRANSPIRED.

Shortly After - LT. REEDY Can be Seen on Camera - BRINGING my mail Marked LEGAL-Mail OPENED it "This is IMPEDIMENT on ACCESS To The Court's AND Mail Fraud. This is A 1st Amendment Violation.

Also Record's Will Indicate my Mail WAS Also TAKEN - Directly TO MENARD FROM Lawrence And e-filed. It WAS However Marked "S.D.C. Ill". LEGAL MAIL.

Thus, While Housed in SEG, Stienson C.O. Threatened me that if I Catch You Imma... Intimidation AND Threats. C.O. Butler CAN be SEEN Shaking me down After Receiving legal mail AND ASking INMATE JOHN DOE 1-5 "Where's it AT" the Camera Will Reflect this. Calculated Harassment. LT. LIVINGSTON Threatened ME AND STATED "You Have A 50-50 Chance - leave Your Property - or Go BACK to SEG" - Then MY Grievance's AND other things "VANISHED".

SGT. RICHARDSON "AND MRS. TATE SET ME UP ON FALSE CRISIS CONFINEMENT TO PREVENT MY ACCESS TO THE COURTS. Violation of "1st Amendment".

Warden Brown Has been "Intertwined" And Has Also Signed The Warden's Signature. And Ignored My Request.

### Denial of Recreation

From 3/13/23 till 10-1/23 i Was Denied Recreation, this is Deliberate indifference to Healthful Enviorment. It Has Atrophy - And "Physical-Deterioration". Warden Brookhart is Directly Responsible And So is "Warden Brown".

### Serious Medical Need

From 3/13/24 Untill 2-1-24 I Was Denied Dental Care And Tooth Ache Has been On And Off For That Entire Time. Which Constitutes Cruel And Unusual Punishment" As Infliction Of Pain is Wanton" Doctor Tran Responsible.

Also Have Diverticolitis Which Affects My Colon And I Have been Forced To Consume Rice And Have been Sent To The Hospital For Stomach-Injury. N.P. Luking is Aware And is Deliberately Indifferent to A "Serious Medical Need". Also Doctor John/Jane Doe 4 J.

PG. 11 OF 15

## INADEQUATE VENTALLIATION

Since at Lawrence 7/29/23 I Requested Fan. The Fans Provided Are Inadequate And I Was Denied A Fan During Those Hot-Months. "Deliberate Indifference To Safety And Security And "Serious Medical Need" - Asthma".
Dee Dee Brookhart "Liable".

While Housed In Seg. A Fire Transpired And There Are No Adequate Ventalliation; Fire Barriers; Sprinklers No Adequate "Protocol's" Which is Deliberate Indifference To "Safety And Security" Cruel And Unusual Punishment" Per 8th Amendment of The Constitution.
( Dee Dee Brookhart And Warden Brown Are The Liable Parties ).

## INADEQUATE Bed's

Since Seg And while Housed at Lawrence I've been Sleeping On A Paper Thin Mattress. Which Cause's back Pain And Sore's all on my body. I Requested LT. Vaughn To Give Me A New Mattresses. I was Then Housed For 4 days Without a Mattress "Cruel and unusual Punishment" And Deliberate Indifference To "Self Preservation" Under The 8th Amendment of the U.S. Constitution.

P1 12 RE 15

C.O. Jane Doe / John Doe Also Harassed Me And Retaliated Against Me By Additional Shakedowns After Recieving mail. Also [Forced Masterbation] - The Camera's Will Reflect This Conduct.

(A.R.B. Personel 1-5) know the Disciplinary charge's are false "Refused" or Did Nothen as of Now To - Eliviate And Remove Me From Seg. Lexford Staff Medical John Doe / Jane Doe 1-7 "Planted Un Authorized Medecation" As Aid And Assistants In "Security Ruse". Rosenbaum / Rutherford Concealed His Identity While Harassing Me.

Thus All Individual's are Sued in there Individuals And official Capacities Under Color of State Law. State Tort's of Assualt And Battery And - Mob Action Apply As Intimidation AND Threat's.

## Relief Requested

Punitive Damage's From Lt. Deimel; Stephen Germak; Dee Dee Brook Hart; Warden Brown at $100,000.00 Individually. To Include Monetary; Declatory; Compensatory; Injunctive All other's Defendant's Combined A Total of - Between 1 million to About 5 million dollars.
(v17) (Jury Demand Requested "Yes")

The Reason im Asking for So much is because it was Calculated All the Way from the County And fall's under the Continuation Violation Doctrine. Also I add "Denial of Property to Access The Court's". Most Importantly it will Deter them from doing this Again.

Monetary; Punitive; Compensentory; Declatory; Damages From Each Defendant listed at $50,000.00 Per Individual. Jointly For Conspiracy "1.5 million" To Include Emotional Distress And Mental Distress; P.T.S.D. And Preliminary Injunction And Permenet Injunction.

|    AFFIDAVIT & DECLARATION Under F.R.CIV.P-11(A-B).

I Justin Dalcollo Declare Under Penalty of Perjury That this Complaint is True And Correct. Pursuan To 28 U.S.C §1746. I Further Declare this is not Taken Frivolously Nor Maliciously And is In Good Faith. I Further Declare And Demand A Jury Trial.

Signed on 3/28/24

10940 Lawrence Rd
Sumner IL. 62466
Law. C.C.

Justin Dalcollo
#51682

DC 14 of 15

# Declaration Under Federal Rules of Civil Proceedure 11

I Justin Dalcollo Certify to the best of my knowledge, Information, and belief, that this Complaint is in full Compliance with Rule 11(a) 11(b) of Fed.R.Civ.Proceedure. The undersigned also Recognizes That failure to Comply May result in Sanctions.

Signed on 3/28/24

*Justin Dalcollo*

10940 Lawrence Rd
Sumner IL. 62466

751682