In the United States District Court
For the Southern District
of Illinois

Justin Dalcollo
　Plaintiff;
－V－
Dee Dee Brookhart et.al
　Defendant;

Case No: 3:24-cv-00358 SMY

Honourable Staci M. Yandel
　Judge Presiding

42 U.S.C. §1983 Civil
Rights Complaint

Jury Demand - Yes

<u>Third Amended Complaint</u>

The Following Defendants Are Employed At Lawrence C.C. While Said Events Transpired:

1). Dee Dee Brookhart; Lt. Detmel; Stephen Gerual; Green Tree; Medical Director John-or Jane Doe-1; Doctor Tran-Dentist. Miisap.

(All Sued In There Official & Indevidual Capacities Under - Also Color of State Law - Torts of Assualt & Battery)

<u>Jurisdiction</u>

42 U.S.C. §1983; 28 U.S.C §1391(B); 28 USC §1391(C)-(1-2); 28 USC §1367 (a-B); 28 USC §1369 3-(A,B) And 4(b); 28 USC§1357; 28 USC 1358; 28 USC §1338 (a-B); 28 USC §1343; 28 USC §1343 (a)-(1-4)-See §4; 28 USC 1332 (B-6); 28 USC § 1(a)(B-1-C); 28 USC §1331; 42 USC§1985(2).

<u>Plaintiff</u>

Justin Dalcollo Was A Inmate At Lawrence C.C. When The Events Described Herein This Complaint-Transpired And Was Injured In His Person Due To Deliberate Indifference Of Said Officials.

## Previous Suits

1) N.D.C. Ill on 5/25/22 - Dismissed (No Strike)
2) N.D.C. Ill. Habeas Corpus:
3) S.D.C. Ill. 3/9/23 1983 Civil Rights Complaint
4) 7/815/23 7th Cir Appeallate CT
5) Writ of Certorari 3/11/24 U.S. Supreme Court
6) Current Suit 3-24-00358 SMY.
7) Only 1 Strike against me.

## No other Suits Pending

## Remedies Exhausted

Although Impeded and Frustrated - All claims are Properly Exsausted fully. ~~[scribbled out]~~

## Statement of Claim

On 12/16/23 I was escorted to seg following a furlough at Lawrence Medical Hospital. Lt. Deimel and Stephen Germak imposed disciplinary sanctions without a hearing and subjected me to additional liberty deprivations to include "Revoking Good Time" and visets. The charges were dismissed and the A.R.B Board also ordered dismissal and expungement of disciplinary sanctions. This denied me Due Process in violation of the 14th Amendment - Due Process Clause of the U.S. Constitution and is atypical and signeffegant hardship to ordenary-prison life. While at Lawrence C.C.
I'm currently in seg still for no-reason - 90+ da+'s.

## Serious Medical Need

On 6/5/23 I was rushed to the hospital for 2 major medical-issues. Asthma - Between 1-30-24 - to about 3-1-24 Green Tree ignored my request for "Medical-Attention" as i needed a breathing treatment. Green Tree was deliberate indifferent because he sat-down and was playing card's and ignoring the panic button. Because of this I've had to take a steriod shot to open my-lung-air-wa+. On 1/16/24 medical record's provide this proof. At Lawrence C.C.

## Issue #2:

Deverticulitos is a serious-medical condition and I've been to to the hospital 2-times for this. I've reported said issue and have refused to eat rice which cause the inflamation. Dee Dee Brookhart and Medical-Director-John-or-Jane Doe 1 is deliberate-indifferent to a serious medical need because the issue is well known - and they refuse to provide "Adequate-Diet" to exclude rice, food is a basic-necessety. At Lawrence C.C.

Pg. 1 of 4

ISSUE 3: DENTAL-

FROM - 3/13/23 Doctor TRAN Was made Aware of Severe - Dental Issues. X-RAY'S And Promise of Treatment Made. However Ignored. On 1/29/24 ; 2/8/24 The Grievance Was filed And Read By Grievance officer. On 2/9/24 Warden Brookhart Deemed The issue Emergency. Multiple Time's Appointments ReScheduel. Even-After Deemed Emergency - Doctor-TRAN Still Has Yet To Provide Treatment. ON 2/28/24 He Did However Put A Temp. filling - but - Still Painful. This Also - IS Deliberate In Difference To Serious Medical Need AND- Constitutes Cruel & Unusual Punishment As it Inflicts The Unecessary Wanton Inflection of Pain for 1 Year Plus. Doctor TRAN And Dee Dee Brookhart Are Liable for Damage's In There official And Individual Capacities. Under Color of State Law. While at Lawrence C.C. - Include Green Tree' As Refusal To Take me And Millsap.

<u>InAdequate Ventalization</u>

During The Most Hottest Times in The Summer of 23 from 7/29/23 till 1/30/24 - I Have Been Denied "A FAN" To Provide Cooling And Proper Ventalliation. I AM Asthmatic And This To Resulted In Hospitalization Due To "Serious Medical Need" And Warden Brookhart is Deliberate Indifferent To "Ventalliation" Which - Caused "Substantial Injurious Affect" Resulting In Hospitalization And Caused "The Wanton Inflection of Unecessary Pain" In - Violation of The 8th Amendment U.S. Const. Cruel And Unusual Punishment Clause. She Also is Deliberate Indifferent To Safety And Security - And is Liable In Her Official & Individual Capacitie's For Damage's - Punitive - Monetary - Compensatory - Injunctive.

PG 2 OF 9

All Claims fall Under The Cruel & Unusual Punishment Clause of the 8th Amendment of U.S. Constitution. All Individuals are Sued In There Official & Individual Capacities. Under Color of State Law to Include State Law Torts of Assault - Battery.

## Relief Requested

Doctor Tran And Dee Dee Brookhart Jointly For Injury To "Mouth" And Continued Pain $20,000.00, Green Tree And Millsap Jointly $20,000.00 For Deliberate Indifference To Bring me to Dental Care. Green Tree For Injury And Deliberate Indifference To a Serious Medical Need Which Resulted In Further Pain $20,000.00

Stephen Germak And Lt. Dethel For Due Process Violation and False Imprisonment - In Seg Even After Ordered Dismissal of Sanction's By A.R.B. Board $120,000.00 Jointly.

Dee Dee Brookhart Individually For Denial of Basic Necessity For Adequate Ventilation And Deliberate Indifference To Serious Medical Need $10,000.00

Medical Director: Individually For Deliberate Indifference To Serious Medical Need's $100,000.00.

( This Includes Damages; Punitive; Monetary; Declatory; Compensatory )

## Injunctive Relief

Order Dental-Work: Cleaning; Partial Denture's And Assign Breathing Treatment's - And Continue To Dispense Inhaler's Also Pain - Management - Due To Injuries. And To Refrain From Further Retaliation. Expuncement And Release From Seg.

The Plaintiff is Entitled To Relief For His Pain; Suffering; Mental & Emotional Injuries; And Constitutional Rights Deprivations As Describe In Said Complaint.

*[signature]* 4/11/24

## Certificate of Service

On 4/11/24 I Mailed Said 1983 Civil Rights Complaint To S.D.C. Ill. St. Louis Division at 9:30 PM. I Declare This Under The Penalty of Perjury Pursuant To 28 USC §1746. I Further Declare This Not Frivolous Nor Maliciously Taken And In Good Faith.

*[signature]* 4/11/24
@ 9:30 PM

I Declare (or Certify, Verify, or State) Under Penalty of Perjury That The Foregoing is True And Correct. Pursuant To 28 USC §1746.

Excuted on 4/11/24

*[signature]*
Signature of Plaintiff;

PG 4 of 4

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Authorization for Payment

Posting Document # _____  Date __4/5/24__

Individual in Custody Name __Dalcollo Justin__  ID# __Y51682__  Housing Unit __S-B-U-17__

Pay to _____

Address  cc   __Ill Prisoner Review Board__

City, State, Zip __319 E. Madison St., Suit A Springfield, IL 62706__

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of __Ef Sault "Grievance Remedie's"__.

☐ I hereby authorize payment of postage for the attached mail.    ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature __[signature]__   ID# __Y51682__

Witness Signature __[signature]__

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

[ Exhibit 1 ]

C/o Geeling signed this
Approx 9:20 - 9:50 pm

UNITED STATES OF AMERICA
IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
STATE OF ILLINOIS                           COUNTY OF DUPAGE

Exhibit 1A

Justin Dalcollo
Defendant;
-v-
The People of the State of Illinois
Plaintiff;

CASE NO: 2019CF698

*FILED*
APR 01, 2024 01:38 PM
Candice Adams
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## Subpoena Duces Tecum
### "Proffer"

Now Come's Movant Justin Dakollo Pro-Per and Thus Sets forth a [PROFFER]:

THIS C/O WAS AT MY COUNTY ACTING AS A INMATE!!!

NOW YOUR AWARE I'VE BEEN TELLING THE TRUTH!!

1). SUBPOENA filed on 3/13/24 Request - Valid in to to Provide Proof of Removal of Camera to Further Conceal Intimidation of a C.O. Whom Actually Work's at [Lawrence C.C.].

2). The 2nd Attached Subpoena Duces Tecum is a Request for Trial-Transcripts as A.S.A Jane's-Scaliatine Already Conspired With C.O. Jane Doe at Menard To "Destroy Video Discovery", And there is Tangible Proof of this.

Exhibit 1B

3). Phone Records Will Also Provide Proof of A Clear Communication Between Dupage County Officials And Certain C.O's Here at Lawrence And Menard.

4). Thus the reason of Request for trial Transcripts is due to belief of Destruction Or Refusal To Tender The Transcripts Per James-Scaliatine Request Through A Lawrence C.C. Correctional officer.

5). Also Again — Requested, The Hearing in Sept. of 2020 A Copy of The State's Dismissal of 12-Count's of Indictment.

     Wherefore Movant Prays Subpoena Duces Tecum Grant by Said Court.

Respectfully Submitted

3/20/24

Justin Dalcollo
10940 Lawrence Rd
Sumner IL. 62466
3/20/24

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody's Grievance

1st Lvl rec: RECEIVED LAWRENCE CC FEB 29 2024 GRIEVANCE OFFICE

2nd Lvl: MAR 0 1 2024

**Date:** 2-21-24
**Individual in Custody (please print):** DAlollo, JUSTIN
**ID #:** T51682
**Present Facility:** Lawrence C.C.
**Facility where grievance issue occurred:** Lawrence C.C.

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify):
- [x] Disciplinary Report  12-16-24  Lawrence C.C.

K75-0224-401

**Summary of Grievance:**

Pursuant to 28 USC 1746; 735 ILCS 5/109-1 I Declare Under Penalty of Perjury That This Grievance Is True And Correct. I Further Declare This is Not Taken Maliciously Nor Frivolous And Is In Good Faith.

Signed on 2-21-24

**Relief Requested:** Expungement & Dismissal of Charges And Reinstate of All Privileges.

ID#: T51682    Date: 2-21-24

**Response:** Exhibit 2 A

IN THE LAWRENCE CORRECTIONAL CENTER
SOUTHERN DISTRICT ILLINOIS
SUMMER DIVISION

JUSTIN Dalcollo
-V-
LT. DIEMEL (CHAIR PERSON);
STEPHEN GERMAN;

INCIDENT NO: 202302029/2 -LAW

MOTION REQUESTING ARREST OF JUDGEMENT NOT-
WITHSTANDING THE FINAL SUMMARY REPORT OF 2-14-24
AND REQUEST EXPUNGEMENT AND DISMISSAL AS LT. DIEMEL
ADMITTED TO VIOLATING POLICY; PROCEEDURES AND RULES
WELLINGLY AND THUS STATE:

1). ON, About And between 2-18-24 AND 2-28-24 LT. DIEMEL
ADMITTED TO Violating DUE PROCESS; RULES AND PROCEEDURES.

2). WHEN ASKED A Simple Question I Proceeded TO
STATE:
(Q) "LT. DIEMEL, Didn't You SAY — You NEEDED
TO FURTHER INVESTIGATE"?

(A) ("YES") LT. DIEMEL'S RESPONSE.


Ultimately, PG 26 § 12 Sub § (B) it STATE'S:

"FIND THAT FURTHER INVESTIGATION IS NECESSARY to
Determine IF THE INDIVIDUAL IN CUSTODY did or did not
Committ the offense AND Place THE INDIVIDUAL IN INVESTIGATIVE
STATUS"
AND
Sub § (C) THE INDIVIDUAL MAY NOT be CONFINED For MORE
THAN 14 days FROM THE PLACEMENT IN ~~INVESTIGATIVE~~
TEMPORARY CONFINEMENT.

Thus, Essentially, LT. DIEMEL MADE CLEAR; CONCISE;
Admission To THIS AND STATED "YES" HE Did SAY FURTHER
INVESTIGATION WAS NEEDED". DUE PROCESS IS Violated AND
THE ONLY REMEDY IS TO ARREST JUDGEMENT AND DISMISS THE
CHARGE AND EXPUNGE THE RECORD AND CHARGES.

WHEREFORE MOVANT PRAYS For Relief.

RECEIVED 07-23-014
Assigned Grievance LAWRENCE c/ LAWRENCE C.C.
RECEIVED LAWRENCE
Housing Unit: D6   Bed #: A-11-B

1st Lvl rec: JUL 03 2023
2nd Lvl rec: JUL 29 2023

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 6/24/23
Offender (please print): Dalcollo, Justin
ID #: 751682
Race: [GRIEVANCE OFFICE]

Present Facility: Lawrence C.C.
Facility where grievance issue occurred: Lawrence C.C.

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Conditions-of-Confinement
- [ ] Disciplinary Report

Date of report: ____  Facility where issued: ____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Pursuant to 28 USC 1746; 18 USC 1621 and 735 ILCS 5/1-109, I Declare Under Penalty of Perjury that Everything Contained HEREIN is True & Correct within the Bounds of this Grievance to the Best of My Knowledge & belief. I further Declare and Affirm this matter is not taken frivolously nor Maliciously and is in Good faith.

Signed on 6/24/23
[x] Continued on reverse

**Relief Requested:**
STATE LOAN FAN'S x2 ; ICE DAILY ; Fix Your ICE MACHINE Problems! THIS IS, YOUR RESPONSIBILITY TO PROVIDE (NOT-OURS)!! If You WANT Solutions I have A few Options That will Reduce The Cost Sufficiently, of ICE. Also, This is Post Deprivations to Pay a Fine of $1,100.00   God Bless!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Justin Dalcollo
Offender's Signature
ID# 751682
Date 6/24/23

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 7/6/23   [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Property processes request slips as they are received. Any medical issues or concerns should be directed to healthcare. Ice is passed daily.

L. Livingston
Print Counselor's Name
L. Livingston CCII
Sign Counselor's Name
Date: 7/6/23

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office

Exhibit 2B

**EMERGENCY REVIEW:**   Date Received: ____
Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____
Chief Administrative Officer's Signature   Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Grievance Issue: VENTALLATION; HEAT; ICE:

Pursuant to Eighth Amendment - "Cruel & Unusal Punishment Clause" we have the Subjective Componet & Objective Componet. Thus as Defined;

"Objective Componet": Means "The Seriousness of the Challanged Conditions, and;

Subjective Componet: Means "State of Mind of Officials. Thus, Keep in Mind - Un-necessary Wanton infliction of Pain.

Here @ Lawrence C.C. i have and Continue to Experience Bar-baric; Absurd and In humane Conditions due to Lack of / Adequate Staff Such as:

1). I wrote Property LT Twice Requesting FAN Exchange Nothen Done;
2). I requested Through Staff, CO's and Commissory LT Nothen done;
3). I even Wrote the Warden CAO and Nothen done.

Thus, See: Gates V. Cook; "[Affirming finding of -- UnConstitutionality - Excessive Heat - requiring Provisions of fans; ICE water and daily Showers with Heat index of 90° or higher"

7th Circuit - Held " Constitutional Rights don't Come and Go with Weather". Henderson V. De Robirtis:

What this Means is the RIGHTS to Life; Liberty and Humane Conditions are CONSTANT and Evolving with a Maturing Society.

Thus, Along with my fan-not-Working, Tempetures of 90° the fact I have a Serious Medical Need - as I'm Asthmatic You are Providing In Adequate Ventallation - And Please Fix the Issue's with [The ICE Machines] - There's a Clear - Solution to this Problem. Also - I'm Indigent - So don't Use the "He Had-Funds" Theory, because i should not have to Choose - YOU-MUST-PROVIDE.

You are Advised any form of Retallation will Subject You to Profecution in Violation of 720 ILCS 5/25-1 (a)-(3); In Violation of 720 ILCS 5/12-7.1 (a); In violation of 720 ILCS 5/12-6 (a) (1)-(2)(4)-(5)-(6); In violation of 720 ILCS 5/31-4; In violation of 720 ILCS 5/8-2.1 (a). Also be Advised Any Attempt to Transfer my Person - to Another facility will DIRECTLY IMPLY GUILT & Subject You to the ABOVE Mentioned Statutes's.
GOD-BLESS-YOU.

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody's Grievance

| | | | |
|---|---|---|---|
| Date: 1-29-24 | Individual in Custody (please print): DALEIIIO, JUSTIN | ID #: 151682 | Race: W |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

1st Lvl rec: FEB 08 2024
2nd Lvl rec: FEB 13 2024

Assigned: LAWRENCE C.C.
Housing Unit: RH-R4-10
RECEIVED LAWRENCE CC 2024
GRIEVANCE OFFICE (x2)

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify):
- [ ] Disciplinary Report

K75-0224-056

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
- **Chief Administrative Officer,** only if EMERGENCY grievance
- Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

PURSUANT TO 28 USC 1746 I DECLARE THIS GRIEVANCE TRUE AND CORRECT. I FUTHER DECLARE THIS IS NOT MALICIOUS NOR FRIVOLOUS AND IS IN GOOD FAITH.

ISSUE: SERIOUS MEDICAL NEED DENTAL CARE EMERGENCY

[X] Continued on reverse

**Relief Requested:** DENTAL CARE ASAP; POST DEPRIVATION $30,000.00 at $100.00 A day x 10 MONTHS 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT : DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED. ~~[scratched out]~~

[X] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
[ ] Check if this is **NOT** an emergency grievance.

Individual in Custody's Signature _____ ID# 151682   Date 1-29-24

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: _____ [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Exhibit 2-C

Print Counselor's Name _____ Sign Counselor's Name _____ Date _____

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 2/9/24     E

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____ Date 2/9/24

Distribution: Master File; Individual in Custody    Page 1 of 2

IN THE LAWRENCE CORRECTIONAL CENTER INSTITUTION

STATE OF ILLINOIS                                    COUNTY OF ~~DuPage~~ SUMNER

JUSTIN DALCOLLO 151682
       Plaintiff
         -V-                          GRIEVANCE ISSUE: INADEQUATE
WARDEN OF OPERATIONS - BROWN          APPOINTMENT SCHEDULING FOR
       Defendant;                     SERIOUS MEDICAL NEED'S

                                      HONOURABLE BROOKHART
                                              PRESIDING

GRIEVANCE TO S.O-OPERATIONS WARDEN "INEFFECTIVE" ASSISTANCE OF OPERATIONS

I have waited 10 long months to bring forth my issue's. However, my grievances impeded and frustrated. Now I will bring forth indisputable truth in much as:

1). SINCE CONFINEMENT IN LAWRENCE C.C. I HAVE NOTICED:
    A). Staff complaining about other's;
    B). No one wanting to take accountabilities;
    C). OPERATIONS WARDEN - INEFFECTIVENESS.

HOW SO: As Mr. Dalcollo has had many call passes to MEDICAL and to "DENTAL", majority of which cancelled. On 1-29-24 another call pass was tendered - however again cancelled. The following statements were made:

OFFICER MILSAP SEG-B-UNIT: "We had multiple thing's going on today and only a hour window to bring people to Health Care". And Dental "cancelled" the call passes"!

OFFICER GREENTREE: "I didn't have Medical-Dental today".

ULTIMATELY, "Tooth or teeth issue's" to which cause PAIN - Constitute WANTON INFLICTION OF PAIN AND DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED.

THE SUPREME COURT HAS STATED: "Deliberate indifference to a serious medical need's of prisoners constitute the unnecessary and wanton infliction of pain... proscribed by the Eight Amendment. SEE: FRAMER v. BRENNAN, 511 U.S. 825, 837, 114 S.Ct. 1970 (1994) SEE E.G. JOHNSON V MULLIN, 422 F.3d 1184, 1187 (10th Cir. 2005) - (WARDEN, HEALTH SERVICES ADMINISTRATOR, DENTAL ASSISTANT "DOCTOR" Who were not informed that plaintiff dental problem was a emergency could not be found deliberate indifferent for failing to provide immediate treatment).

However, in Mr. Dalcollo's case, EVERYONE IS AWARE, AND TREATMENT ~~has not caused~~ DELAY FOR 10 MONTHS IS DELIBERATE INDIFFERENCE TO WIT - CAUSED 10 MONTHS OF ONGOING PAIN IN HIS MOUTH! MEDICAL MAL PRACTICE.

ULTIMATELY, Warden of Operations - INADEQUATELY HANDLES THE DAILY OPERATIONS CAUSING INJURIOUS AFFECT TO ALL. RECUSE YOURSELF!!

From: Justin Dalcollo #S16282
10946 Lawrence Rd
Sumner IL 62466
Justin Dalcollo #S16282

THIS CORRESPONDENCE
IS FROM AN INDIVIDUAL OF THE
IL DEPT OF CORRECTIONS
PRIVILEGED

To: Southern District Court of Illinois
750 Missouri Ave St. Louis Illinois 62201

MAIL CLERK
US MARSHALS

LEGAL PRIVILEGED
MAIL

CONFIDENTIAL - MAIL

FSC
MIX
Envelope
FSC® C137131

RECEIVED
APR 23 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019