United States District Court
for the
Southern District Illinois

Justin Dalcollo
Plaintiff;

-V-

Dee Dee Brookhart et.al

Case No.: 3:24-CV-00358-SMY
Honourable Staci M Yandel
Judge Presiding

## 2nd Attempt To Submitt Third Amended Complaint

### I. Jurisdiction:

Pursuant To 42 U.S.C. § 1983 Civil-Rights Complaint. 28 U.S.C. § 1391(B); 28 U.S.C. § 1391(C)-1-2; 28 U.S.C. § 1367 (A-B); 28 U.S.C. § 1369 3-(A-B)-§4(d); 28 U.S.C. § 1357; 28 U.S.C. § 1358; 28 U.S.C. § 1338 (A-B); 28 U.S.C. § 1343 A-(1-4) Sub § B-(1)2; 28 U.S.C. § 1333 (1-2); 28 U.S.C. 1332 (A)-(1) Sub § 4-C; 28 U.S.C. § 1332 (B-6); 28 U.S.C. § 9(A); 28 U.S.C. § 1331.

### Defendant's

The Said Defendant's Are All Employeed At Lawerence C.C. During Said Event's Described And Are Sued In There Individual And Official Capacities Under Color of State And Federal Laws-Tort's And Under The Constitution of The United State's And Have Violated My Right's thus Entitle-ing Me To Undesputible Relief.

1). Dee Dee Brookhart; Doctor Tran; Greentree; LT. Dipuel.

Jury-Demand-Trial
[Yes.]✓

## Previous Lawsuits

1) N.D.C. Ill 5/25/22; S.D.C. Ill. 3/9/23; S.D.C. Ill. 2/12/24; App. Ct 7th Cir 7/15/23; N.D.C. Ill. Habeas Corpus 8/13/21 or 22 Impeded - But Still filed; Writ of Cert Multiple Attempts - Finally filed on 3/2/24.

## Defendants of Suits

S.D.C. Ill - Anthony Wills et. al; And Dee Dee Brookhart et. al; The N.D.C Ill Ann Walsh et al And Sheriff James Mendrick.

## Dispositions

N.D.C. Ill Both Habeas 2241 And Civil Rights §1983 Dismissed. 1983 - Dismissed Without Leave To Amend. S.D.C. Ill - Dismissed - Appealed Then Writ of Certorari Pending. Only one Strike Against Me.

## Grievance Procedure

There is A Grievance Procedure. The Process Followed Above And Beyond - In Proper - format.

## Administrative Review

The A.R.B Has been Notified - Appeal's filed And The A.R.B. Board Order Charge's And Sanctions To be Dismissed.

## Statement of Claim
'Claim For Relief'

On 1-30-24 A fire Transpired - And I Was Denied A Breathing Treatment. I Pressed The Emergency Buton - And Saw The C/o in The Bubble Playing Card's. I Asked Green Tree For My Inhaler And He Sat Down And Ignored My Need. Asthma is A Serious Medical Condition And The Lawrence C.C Policies Cause "Injury And Then Subject Correctional Officers To Suit. Some Suits Are Avoidable How-Ever This one is Not.

Green Tree a good C/O - Unfortunately Violated My Rights due to a Policy in Seg. Which Actually Doesn't Prevent the Use of Inhaler's - How-ever Put's the C/O In Charge of Medical-Inhalers Only to those in Seg. This is Warden Brookhart's "Orders". This is a Policy of Deliberate Indifference - Because a Albuterol-Rescue Inhaler is a "On-Person-Carry Med" for Reasons of Emergency.

Thus to Deny Direct Possesion As other's in Lawrence C.C. Violates My Right's Under the 8th Amend Cruel & Unusual Punishment Clause" Because it Inflicts the Wanton And Un-Necessary Infliction of Pain And Suffering. Causing a Assault To the Lung's a Major Organ - That [Without]-Life is Non-Excistent. On 12/15/23 And Some time Recently I Had to Recieve Breathing Treatments And a Shot of Steriod To Open My Air-Way This Was Back in March or April of 24.

Even Though - Green Tree is Deliberate Indifferent And Warden Brookhart to a Serious Medical Need. Why. Because Green Tree Sat-Down And Ignored My Request - Forcing Me to Wait Till 2nd Shift to Recieve it And Caused Pain And Suffering That Amount's to "Un-Necessary". Wanton Infliction of Pain-Emotional And Mental Anguish To Include Suffering. This is a Violation of My Rights Under The 8th Amend To U.S. Constitution And is Assault & Battery To My Lungs. Dee Dee Brookhart is Deliberate In Different to a Serious Medical Need Because Her Policy is Unconstitutional And Promotes Harm to A class of Individual's in Seg-only And Thus Knew of My Serious Medical Need.

Thus As to Damage's - I'm Just Requesting The Court's be fair And As to Green Tree - I ask for the Court's To Have him Make a Public-Apollogy And Provide Patment of Court Fees And Provide ~~punitive damages~~ Reasonable Damages - Punitive. As To Dee Dee Brookhart Public Apollgy On The News And Reasonable Damages - Compensatory Punitive - Declatory. Injunctive Relief to Allew All Seg Presoner's To Carry On Person At All Time There Inhaler's And Change Policies To Conform to Modern Day Society - Healthfull - Environment And Living.

# Inadequate Ventallization

On 7/29/2023 the hottest times of the year, I had no fan. I requested and attempted many times to purchase in 2023. The temperatures exceeded 90°. Dee Dee Brookhart - actions to ignore my grievance was yet again another - injurious - factor as I was given breathing treatment's and hospitalized. It is deliberate indifference to a serious need - medical - but how-ever the ventallation system is "filthy" the windows - some not - all don't open properly and are in need of serious cleaning - to include the vent's. A cleaning needs to be done immediately - I mean the dust - dirt - and broken windows violate the Eight Amendment of the United States Const - as it is a basic necessity to life - and healthful environment. Thus. It violates my rights and those incarcerated. The fan's also - are inadequate size - and as every one else in I.D.O.C. is afforded high-volocity fan's - Max - Inmate's should too. Society believes it true that extreme heat - is inhumane and cruel to allow person's to be subjected to "harsh" - conditions. Imprisonment is the punishment not conditions. The fans provided now - are so small - even on a hot day - we barely feel difference. To be honest - society offers cooling - places for those to be out - away from heat. So is air-conditioning - unreasonable no - especially to those with serious medical need's. such as my self. Thus - this violates my rights and the rights of others per the 8th amendment. Dee Dee Brookhart - I request injunctive relief - afford us high-volocity fans - install - air-conditioning can be installed. As is my damages - punitive, declaratory - compensatory what the court deems reasonable.

## Dental Care

On 1-29-2024 C.A.O. deemed dental emergency - on 2/9/24. How-ever many grievance's filed for dental in 2023 - I believe. Doctor Tran - knew of the conditions - and was deliberate indifferent for actually 1 year. How-ever DeeDee Brookhart is also - responsible because she failed to insure "treatment" and. Due to inadequate staff - She should of made it clear that treatment should of been done. They both violated my rights - The Eight Amendment cruel & unusual punishment clause because the condition was known - deemed a emergency and nothen was done untill 2-26-24 i believe. I suffered pain, and emotional - mental distress. I'm sure the courts and society - would agree tooth-pain can - disable a person - in moments, and - cause them - to go into - shock - if - unable to induere the pain.

Thus - I request reasonable damages - compensatory punitive and declatory. Injunctive relief - I request Doc Tran - provide partial - dentures - cleaning - fillings. Dee Dee - Brookhart - damages - punitive and compensatory - reasonable.

## Due Process

On 3d 12/22/23 no hearing transpired. Lt. Diemel stated further investigation needed and stop talking. Shortly after I recieved disciplinary sanctions - to include loss of good credit without a hearing - which is required by due process. Lt. Diemel did never the A.R.B. Board - then order dismissal as there was no evidence - and I was on a forlough - not in custody. & - a staff assualt is - non-existent only false disciplinary charges.

Thus - LT. Dipwel - is liable as he is the Adjustment Committee. 5 months now - excessive confinement and abuse - misuse of force. He violated my right to Due Process guaranteed by the 14th Amend and 5th Amendment of the U.S. Const - because he ignored those rights. $100.00 A Day × 5 months currently. Damages; Declatort; Punitive and Compensentory.

Relief — I also ask the court to provide injunctive relief to prevent future violations.

~~[scribbled out text]~~

## Serious Medical Need

Since Incarceration - And - Many times I Requested that Diet change Due to Diverticulitis. I've been forced to consume Rice; Corn - And have been hospitalized 2 times on 6/5/23 And 7/5/23. Dee Dee Brockhart was on Notice - And I was hospitalized. However failed to ensure "Diet-Change". She violated my 8th Amendment Right to "Basic Need" of Food where Many - Days I - didn't have adequate Food. Hunger Pangs - is the wanton and unnecessary infliction of Pain - Forbidden by the 8th Amendment. I Request Damages - Compensentory - Punitive And Injunctive Relief of Adequate Diet - Excluding - Rice and Corn.

## Relief Requested

Dee Dee Brookhart - Public - Apology And - Damages Punitive: Compensentory - Declatory And Intuctive Relief set out in The Complaint - What The Court's Deem Reasonable.

Doctor Tran: Injunctive Relief And Damages - Punitive: Compensentary And Declatory.

LT. Diemel: Injunctive And Damages - Punitive - Compensendory Declatory - $100.00 A Day X Smnths - Currmtly.

Green Tree: Injunctive - Damages - Compensentary - A Court Fee's - And - Reasonable - Compensation - Punitive.

[ A Public News Apology ]
Non - Nogotinble.

## Affidavit

I Justin Dalcollo Declare Under Penalty of Perjury That This Complaint is True And Correct, Pursuant to 28 U.S.C. §1746. I Further Declare This Not Maliciously Nor Frivolously Taken - And Is In Good-faith. Also Fed. R. Civ. P. 11-A-B Followed.

10940 Lawrence Rd
Sumner IL 62466
Law. CC.
5/8/24

Signed on 5/8/24
Justin Dalcollo

Declaration Under Federal Rules of Civil Procedure 11.

I Justin Declare/Certify to the best of my knowledge, information, and belief, that this Complaint is in full compliance with Rule 11(a)-(b) of the Fed. R. Civ Procedure. The Under Signed Also Recognizes That Failure To Comply May Result in Sanctions.

Signed on 5/8/24

Justin Dalcollo
+JIGDZ

10940 Lawrence Rd
Sumner IL 62466

Under Penalty of Perjury Pursuant to 28 U.S.C §1746 This Complaint is filed timely - And Pursuant To The Mail Box - Rule in Houston v. Lack, 487 U.S. 266 (1988). I So Declare.

Justin Dalcollo
5/8/24

FROM: Justin Dalcollo #51682
16940 Lawrence RD
Sumner IL. 62466
Justin Dalcollo #51682

THIS CORRESPONDENCE IS PRIVILEGED
CHAMPAIGN IL 618
INDIVIDUAL OF THE
IL DEPT OF CORR MAY 2024 PM 4 L

TO: S.D.C. Illinois
301 W Main Street
Benton, IL 62812

MAIL CLEARED
US MARSHALS

LEGAL PRIVILEGED
MAIL

CONFIDENTIAL - MAIL

62812-135201

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

**RECEIVED**

MAY 13 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE